OCT **1 3** 2021

**U. S. DISTRICT COURT**
Special Private Mailing Lo**EASTERN DISTRICT OF MO**
**ST. LOUIS**

County Recorder/Clerk Use Only

**Kelvin Dewan Dudley**
Private American State National and
Member of the Missouri Assembly
c/o 4343 Darby Street
on the St. Louis township
on Missouri

Registered Bond No: 124 66 0041112

Certificate of Origin No:  C2429587

# Declaration of Status and Corporate Fraud
of
### Kelvin Dewan Dudley
a Private American State National and Inhabitant on Missouri

**and**

## Petition for the Redress of Grievances
Article 1 in Amendment to The Constitution for The united States of America (1787)

**"A Declaration, if not contested in a timely manner, is considered undisputed facts as a matter of law."**
[Morris v NCR, 44 SW2d, 433]

**"A Declaration after thirty days becomes the final judgment in commerce."**
[ Maxim of Law]

**"Silence can only be equated with fraud when there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading."**
[U.S. V Pruden, 424 F.2d 1021 (1970) & U.S. v Tweel 550 F.2d ....]

**"Indeed, no more than an affidavit  is necessary to make the prima facie case"**
[United States v Kis, 658 F.2d, 526,536 (9th Cir. 1981);
Certiorari Denied, 50 U.S.L.W. 2169; S.Ct. March 22,1982]

## "In judicio non creditor nisi juratic"
(In a trial, credence is given only to those who are sworn)

Respondent(s):

*MICHAEL NEWBOLD Badge# 363*
*BARBARA  HYSTER*
*ANTHONY GRAY*
*FELICA  EZELL  GILLESPIE*
*BRENT  BURY*
*SAM PAGE*
*DIANN L. VALENTI*
*WESLEY  BELL*

**Notice to Agent is Notice to Principal and Notice to Principle is Notice to ALL Agents**

© 2021 by Ronald Edward Kelly - All Rights Reserved

# Table of Contents

Famous Quotes ............................................................................................................... 3

Maxims of Law and Scriptural Law............................................................................... 4

Declaration of Status .................................................................................................... 5 - 53

      Major Historical Facts .............................................................................................. 5 - 13

      Positive Averments ................................................................................................. 14 - 16

      Negative Averments ................................................................................................ 16- 17

      Vatican Fraud .......................................................................................................... 18- 19

      Corporate Fraud ..................................................................................................... 19 - 22

      Bank Fraud  ............................................................................................................. 22 - 24

      Court Fraud  ............................................................................................................ 24 - 28

      Common Claims Regarding Citizenship ................................................................. 28 - 29

      Intolerable Conditions  ........................................................................................... 30 - 32

      Vatican Actions  ...................................................................................................... 32 - 33

      Latest Corporate Criminal Actions ………………,..................................................... 34 - 36

      Conclusions ............................................................................................................. 36- 37

      Historical Review  .................................................................................................... 37 - 41

      Declaration of Law  ................................................................................................. 42 - 43

      LEGAL NOTICE ......................................................................................................... 43 -44

      Default Provisions .................................................................................................. 44 - 45

      Points & Authorities in Support ............................................................................ 45 - 54

Signature Page:   & Exhibits                                                                                         55

WARNING & LEGAL NOTICE / Proof of Service                                                            56

Exhibits / Proof of Service:                                                                                           57, 59

The Notices of Fault, Default, and Final Judgment in Commerce  with a True Bill for Damages will timely follow.

# Famous Quotes

**The Famous American Author Mark Twain quoted the following, which really describes the problem at hand:**

"It is easier to fool the people - than to convince them they have been fooled."

**From the White House, a well-known Aide, Colonel Edward Mandell House, was quoted as reporting the following back in the 1920's ...**

*"Very soon, every American will be required to register their biological property in a national system designed to keep track of the people and that will operate under the ancient system of pledging.  By such methodology, we can compel people to submit to our agenda, which will affect our society as a charge back for our fiat currency.*

*Every American will be forced to register or suffer not being able to work and earn a living. They will be our chattels and we will hold the security interest over them forever, by operation of the Law-Merchant under the scheme of secured transactions.  Americans, by unknowingly or unwittingly delivering the bills of lading (Birth Certificates) to us will be rendered bankrupt and insolvent, secured by their pledges.  They will be stripped of their rights and given a commercial value designed to make us a profit and they will be none the wiser, for not one man in a million could ever figure our plans, and if by accident one or two should figure it out, we have in our arsenal plausible deniability.*

*After all, this is the only logical way to fund government, by floating liens and debts to the registrants in the form of benefits and privileges. This will inevitable reap us **huge profits** beyond our wildest expectations and leave every American a contributor to this **fraud,** which we will call "**Social Insurance".**  Without realizing it, every American will unknowingly be our servant, however begrudgingly.  The people will become helpless and without any hope for their redemption and we will employ the high office (presidency) of our dummy corporation (USA) to foment **this plot against America."**  \**

**\* It is therefore clear for all to see that this conspiracy was orchestrated through the use of FRAUD, and makes everything associated with it, or this acting government, Null and Void, as Fraud vitiates everything it touches from the very beginning**

# Maxims of Law
and
Scriptural Law Upon Which This Petition is Based:

"In a trial, credence is given only to those who are sworn"
In judicio non creditor nisi juratic

"Equity regards as done that which ought to have been done"

"A workman is worth his hire"
Ex 20:15, Lev 19:13, Matt 10:10, Luke 10:7, and 2Tim 2:6

"All are equal under the law"
Ex 21:22-15, Lev 24:17-21, Deut 1:17, 19:21, Matt 22:36-40, Luke 10:17, and Co 3:25

"A matter must be expressed to be resolved"
Heb 4:16, Phil 4:6, and Eph 6:19-21

"In Commerce truth is sovereign"
Lev 5:4-5 6:3-5, 19:11-13, Num 30:2, Matt 5:33 and James 5:12

"In Commerce an unrebutted affidavit stands as the truth"
2 Pet 1:25, Heb 6:13-15, and Evidence Rule 301

"In Commerce an unrebutted affidavit stands as the final judgment"
Heb 6:16-17

"In Commerce the one who leaves the battlefield first loses by Default"
Book of Job, and Matt 10:22

"In Commerce sacrifice is the measure of credibility"
Acts 7, Stephan

"In Commerce the satisfaction of a judgment can only be made by actual payment, adjudication by a 7th Amendment Jury under the Rules of common law, or through debt forgiveness by the plaintiff."
Gen 2-3, Matt 4, and the Book of Revelations

# Declaration of Status and Corporate Fraud
## In the Form of an Affidavit

on The United States of America (1787)       }
on Missouri                                  }  **ss.**
on St. Louis                                 }

*Declarant, **Kelvin Dewan Dudley** being an Honorable man on the Land, herein affirms to tell the truth, the whole truth, and nothing but the truth to the utmost of his ability and to the absolute best of man's knowledge, and herein deposes and declares on his own firsthand knowledge, under his unlimited commercial liability, under the Public Laws of The united States of America (1787) -- without the Corporate "UNITED STATES" or any other Corporate or Municipal powers, that the following facts and declarations are true, correct, complete, and not designed to be misleading in any way to the very best of his knowledge and belief:*

# Major Historical Facts

*These historical facts are in regard to the status of de jure Private American State Nationals and the design of the Roman papacy - as spearheaded by the military order of the Society of Jesus (Jesuits), to overthrow the liberties of all Private American State Nationals of the Several States of The united States of America by imposing a State-created Statutory de facto Public U.S. citizenship on We the People - that being in substance a privileged Roman citizenship, would enable the Constitutionally dejure civilian government of The united States of America, having been unlawfully altered from being a dejure "Federal" government, to a de facto "National" government by their Incorporation(s) and the 14th Amendment (1868), which was actually one state short of lawful ratification, to be later replaced with a Corporately-created statutory, de facto, Emergency War Powers Military government of the "United States, Incorporated" on March 9,1933;*

1) Whereas America was founded under the administration of Commercial Trust Management Organizations, the most famous of which was the Virginia Company;  As a result of the Revolutionary War the American People formed an unincorporated domestic civil government with the Articles of Confederation, and later on with "The Constitution for The united States of America" in 1787, as run by the People with the former unincorporated trust management organization named the Virginia Company contracting with them to handle the 19-enumerated services of our Constitution under their own "Constitution of the United States of America" in 1789, which was the British Territorial government, and then the "Several States" contracted with yet another unincorporated Trust Management Organization dba "the United States" run by the Vatican to provide international representation and stipulated public services in common under the "Constitution of the United States" in 1790, with the Bill of Rights being the first ten Amendments being added to each in 1791; and

2) Whereby the American civilian government based on individual and organic state sovereignty is known as the Republic, and a much more recent incorporated Trust Management Organization. dba "the United States of America, Incorporated", clearly admitted its status as a mere representative of the Republic when it popularized the Pledge of Allegiance,  "….and to the Republic for which it stands."; and

3)      Whereas the Republic originally functioned in international commerce through the agency of an unincorporated commercial Trust Management Organization known simply as the "United States" whereby George Washington was actually the eleventh President of this Trust Management Organization following the others, starting with John Hancock, under the Articles of Confederation which predated the Constitution and which had those  Presidents serving a term of only one year under those Articles of Confederation before Washington was elected to be the first President under our Constitution; and

4)      From the onset of our Nation in 1776 first we had the Federation of States which two days later formed the Union of States which later lead into the Confederation of States in 1781 which eventually formed  the Three Branches of which eventually operated under the three Constitutions of 1787, 1789 and 1790 as the Federal Government (American) called "the States of America" with its organic Constitution entitled "The Constitution for The united States of America" established in 1787 on the Land and Sea Jurisdictions, which is The Republic – the actual government of, by, and for the People, with the (British) Territorial Government being called "the" United States of America in 1789 with its own Constitution as part of the Sea Jurisdiction, and also the Municipal Government dba: "the United States" established in 1790 under Papal control with their Municipalities under the Air Jurisdiction; and

5)      Wherein the Republic States, which originally entered into the equity contract known as "The Constitution for The united States of America" in 1787  were known as "the States of America" and, were represented by the Trust Management Organization, dba "the United States of America", from 1789 to 1863, when it entered into a bankruptcy caused by the expense of the Civil War; and

6)      That it is important to note that the Peace Treaty that followed the Revolutionary War contained a stipulation that allowed the British to continue serving in the Judiciary here in America (as Esquires), as well as allowing the British to participate in the Banking System (as Squires) along with their Attorneys which provided their "legal" work, which they did during the Twenty-year Banking Charter that followed from 1791 to 1811; and

7)      Whereby all of these concessions proved very costly to the Americans, as the English Barristers never had American values at hand, and the "Banksters" completely robbed and raped the American public financially over this entire twenty year period, whereby the Congress then refused to renew their Banking Charter when it expired in 1811, during the exact same time the Original 13th Amendment to the Constitution was being circulated to bar all those with Titles of Nobility (Esquire & Squires mainly) from practicing law, banking.or government here in America by holding any public office - and it was those two things that prompted the British invasion during the War of 1812, where England invaded our coastal cities and states  and burned both the Library of Congress and the White House still under construction, as well as wreaking havoc mostly on other American coastal cities; and

8)      That neither the Original 13th Amendment, nor the original Constitution, did they find when they burned the Library of Congress, and the 13th Amendment survived the War of 1812 to be finally and fully lawfully ratified when Virginia joined into the ratification process in 1819 – and it is still published to this day in our organic Constitution along with the Constitutions of Colorado,

and that of several other states, even though the other two branches of our government never acknowledged this nor adopted it, as they were both bound to ours which is still quite valid and enforceable as the Law of the Land; and

9)    That the year following the end of the War of 1812, in 1815 the Congress of Vienna was held in Eastern Europe with the Eastern European Bankers and the Vatican in attendance, to conjure up a scheme and a means to strip America of its Liberties and Freedoms for their own benefit (1815-1816); and

10)    That the subsequent "Secret Treaty of Verona" (1822) was then created by the Vatican and those Eastern Bankers to further the active plot against America and its Freedoms, and once revealed to our Congress witch then led President James Monroe to issue his blessed Monroe Doctrine in 1823 - because of which he was then given the "poison cup" on July 4, 1831, while American inventor Samuel F.B. Morse was warning of this diabolical Jesuit Conspiracy against the Liberties of America in his epic work, "Foreign Conspiracy Against the Liberties of The united States", published in 1835; and

11)    Then when the Civil War broke out in 1861 after Abraham Lincoln,  a "BAR" Attorney, was elected to the office of "the President of the United States", … not the President of The United States of America, as the 13th Amendment (1819) was then in full force preventing him from running for, or serving in, the Office of President of The United States of America as a "BAR" Attorney;  The Southern States then elected its own President for their Confederate States - Jefferson Davis, and war soon broke out without any formal Declaration of War, thereby simply being a dispute between the various government contractors in which a huge battle between the Northern and Southern States ensued with England initially backing the Northern Confederate States with their Esquire in charge as Commander in Chief, while the Rothchild's backing and the Vatican Bank backed its Southern interests as the Union was still being operated by that First unincorporated Trust Management Organization which only then became a Federation which was eventually forced to file for bankruptcy protection in 1863 as a result of the expenses of this undeclared mercenary war with the Vatican Bank and Rothchild's bailing out the Union by giving them a loan of several million Dollars in gold, which then allowed President Lincoln to turn the tide of the war around against the Southern (still) Confederate States and bring eventual victory to the Union Army in 1865; and

12)    However, Lincoln was unable to repay the Union's debt in the like kind of the specie of gold at the end of hostilities, and instead offered mere "Legal Tender", which were simply Treasury Notes, AKA "Greenback Dollars" which were mere promises to pay, and which did not satisfy the conditions or terms of the loan, as one simply cannot lawfully repay a loan of substance with more mere promises to pay; and

13)    That this loan not being satisfied, brought a Rothschild's Bank Agent named John Wilkes Booth into the Ford Theater that fatal evening to shoot President Lincoln even before total peace could be managed, and whereby no Peace Treaty was ever signed, merely a surrender by General Lee, while the Vatican Bank was then able to seize the Collateral on the loan -- the unincorporated Trust Management Organization (TMO) that ran the United States;  The Vatican then proceeded

to incorporate this Trust Management Organization under its own law forms that it controlled and then actually calling it "the United States, Incorporated" once it was incorporated in France in the year of 1871, now without a contract with the American People and with the Vatican still holding title to this Trust Management Organization that Americans are lead to believe is their lawful government, however whereby a Corporation is purely Fictitious and therefore cannot be lawful even though it may be considered "legal" under the auspices of the Vatican who created it, and thereby leaving the Americans without a lawful government for these past 160 years; and

14)    However. the Vatican Bank takeover in 1865 of this unincorporated Trust Management Organization went almost completely unnoticed by the American Public, but it was officially Incorporated by the Vatican Bank in 1871 and as the Vatican's Roman Curia was the author and copyright holder of this new law form of Incorporation and the Vatican itself having based all their strategy and planning from the Congress of Vienna and Secret Treaty of Verona, wanting to seize complete control for itself, which it then effectively, although very Fraudulently, did without full disclosure to the public in an act of out and out Fraud the likes of which were never known, and worst of all they still hold legal title to this Trust Management Organization that Americans have been fraudulently lead to believe was their lawful government, however with the help our original Author here, it was finally placed into bankruptcy liquidation on September 24, 2015, long after Pope Benedict had stepped down, which was then finalized on November 5, 2020, so that "the United States. Inc." has been completely removed from the picture through liquidation, however futile its former employees actions have been; and

15)    Whereby any Incorporated Commercial entity operating for Profits has been deemed to be completely void of any lawful sovereign powers whatsoever, which also includes " the United States of America, Incorporated" which was, charged with providing those nineteen enumerated services listed in the Constitution, and then became de facto non-government entities within their own "International City" when in the year of 1871 the then Corporate "CONGRESS", which took over after the dejure Congress had adjourned sine die in 1861, then enacted the Act of 1871 on their own behalf after Incorporating the City of "Washington, D.C." as a foreign enclave, and then adopted most of their statutory Constitution into the Constitution of 1868, but with only the first twelve (12) Amendments as their Corporate Constitution & bylaws, calling it the "Constitution of the United States" (1868), leaving out that most important Original 13th Amendment baring Attorneys and/or Bankers from holding public office and thereby leaving the District of Columbia as a separate nation operating according to its own "government code"; and

16)    Whereas "The Constitution for The united States of America" (1787) requires the government to guarantee a Republican Form of government – and whereas the Corporate Form of government adopted by "the UNITED STATES, Inc." is definitely not a Republican Form – in fact it is more of a Democratic Form of government operating in Maritime Jurisdiction rather diabolically opposed to the Republican Form required by our Organic Constitution operating on the Land, and therefore completely unlawful and without any authority whatsoever over the Land; and

17)    Whereby at no time in this nation's short history have the People of this Land ever contracted with any Incorporated Trust Management Organization or other Incorporated entity in any way, as

corporations are not allowed to contract with actual People, but only their own kind or other legal fictions, and that this hostile takeover of the Unincorporated Trust Management Organization by the Vatican in 1865 with the aid of their now Incorporated "CONGRESS" which had merely been acting as a Board of Directors after adjourning sin die in 1861, has in no way ever been allowed to change the actual Law of the Land upon which the Constitution for The united States of America (1787) and the People depend, leaving it very clear that a Corporate entity or mere "LEGAL FICTION" remains completely outside the Law operating under the Laws of the Sea in Admiralty-Maritime jurisdiction completely without a contract and therefore cannot be the legitimate government of this country or its People, and any attempt to do so is absolutely fraudulent on its face, null and void as though never done, and completely without merit of any kind; and

18)     Whereby it is a fact that only an unincorporated Body Politic can lawfully operate our Civil government in this country and then only when under contract with the People, as no Incorporated one can as they are all foreign chartered and not under the Public Law of America, and thus the fact remains that in America there is cannot be any Corporate authority whatsoever over the People on the Land of America, other than those subjects of "CONGRESS", which are the Citizens of the District of Columbia or their own foreign subjects which are all referred to as "U.S. Citizens" (with the capital 'C'), or their own residents of this foreign enclave which are termed "U.S. citizens" (with the lower case 'c" for those residents not directly employed by these foreign government entities (See the Clearfield Doctrine (1943) of the U.S. Supreme Court); and

19)     Whereas the Vatican was also instrumental in the creation of their Federal Reserve System in 1913, making this private banking cartel the sole creditor to their "United States, Inc." while they controlled this banking interest which brought the United States into bankruptcy in 1930 at the Geneva Convention, when "the United States of America, Incorporated" and "the UNITED STATES, Inc." along with Great Britain and the other G5 Nations entered into an agreement to file bankruptcy as a result of Germany's failure to pay War Reparations from their involvement in World War-I, with this causing a domino effect on the entire world putting many other nations into bankruptcy during the years that followed; and

20)     Whereas an Incorporated Commercial entity operating for Profits has absolutely no sovereign powers at all according to the Clearfield Doctrine of the U.S. Supreme Court as ruled in 1943, where it is said that "When a government operates as a commercial corporation for profits it descends to the level of all such corporations and has no special powers or attributes, and that it is only when acting as a properly formed unincorporated Body Politic that a government exercises sovereign powers of any kind", but this United States of America, Incorporated, charged with providing the nineteen enumerated services listed in the Constitution, has pushed to become and act as the de facto governmental power anyway, even though it has never had a contract to operate our Civil government with the People -- and couldn't as long as it remains incorporated and operating in Commerce for Profits as it does, as it does not provide for a Republican Form of government in any way, shape, or form; and

21)     Whereby with the Vatican also backing the Federal Reserve Act of 1913 and placing the United States under a sole creditor that it could also control, the United States not only filed bankruptcy

in 1930 when it went along with Great Britain and the other G5 Nations, based upon Germany's failure to repay War Reparations from WW-I, but they also filed for bankruptcy again in 1933 when their Scottish-Rite Mason Agent, Franklin Delano Roosevelt, declared the "Banking Holiday" at the beginning of his term in office, and over that decade of the 30's also brought the various States into bankruptcy with the Buck Act  being enacted by its Corporate "CONGRESS", in 1940 and then also enfranchised the Several States as Corporate Municipal Franchises of this Vatican owned United States Corporation, as well as unlawfully enfranchising Private American Nationals without disclosure and without any contract with their newly created Estate/Trusts via very fraudulent means by their use of their Cestio Que Vie Trusts and the Capitis Demuntio Maxima (ALL CAPS NAMES); and

22)     That Officers, Employees, and Agents of the United States of America, Incorporated are in fact by Statute, Foreign Agents, and Foreign Corporate Officials – nothing more, as this United States of America, Inc. (Minor) is not the same as the lawful "The United States of America" (Major), which is an Unincorporated Body Politic, which actually is the lawful government of the People, by the People, and for the People as mentioned by President Lincoln, and known as a Jural Assembly who's Constitution of 1787 calls for each State to guarantee a Republican Form of government, and not a Corporate, Democratic, or Communist one; and

23)     Whereas this Incorporated commercial Corporate entity operating for Profits calling itself "the United States of America, Incorporated", along with all of its other various Franchises, Departments,  Agencies, and sub-contractors – including all of the Buck Act States, are not our lawful government, and never have been, as they are Foreign Corporations simply masquerading "as" our government entities, which is exactly why the U.S. Supreme Court had to rule the way it did in the Clearfield Decision of 1943; and

24)     Therefore the fact remains that here in America there is no corporate authority whatsoever over the People – Private American State Nationals, and never has been, however once they took over our Courts in Admiralty Jurisdiction they have been conniving to do so through gross Breach of Trust, Breach of Fiduciary Duty, Fraud, Fraudulent Representation, and Breach of Contract and the National Trust Indenture, especially through semantic deceit, succeeding for a time to trick the majority of American's who have been fooled by this Foreign Interloper's fraud and deceit; and

25)     Wherein since 1944, the United States of America, Incorporated's business affairs have all been managed by these same creditors organized as the International Monetary Fund ("IMF"), acting under various corporate names including the "UNITED STATES", the "UNITED STATES OF AMERICA", the" USA", and "E. PLURIBUS UNUM THE UNITED STATES OF AMERICA", and therein the International Bankers had unlawfully seized control; and

26)     Wherein this radical socialist-communist coup d'état plotted by the infamous Society of Jesus as aided by the Knights of Columbus and as carried out by its Scottish-Rite Mason agent, President Franklin "Augustus Caesar" Roosevelt, would overthrow the civilian government exercising the Constitutional, dejure jurisdiction of "The united States of America" - this united States of America being the collective name of the States which are united by and under The Constitution for The united States of America" (1787) [Hooven & Allison Co v Evatt. 324 U.S. 652, 672], replacing it with a de

facto Military government exercising an extra-constitutional, alien and foreign, de facto jurisdiction of the "United States" - this "United States" being the territory over which the sovereignty of The united States of America extends [Hooven & Allison Co v Evatt supra, 573], and this "UNITED STATES, Inc." being bankrupted and liquidated by its current owner, Pope Francis, effective November 5th, 2020 only two days following their latest election, leaving no lawful nor even legal office to fill, with those radicals then clinging onto an "United Nations, Inc." startup corporation ("USUN") which also has no contract with the American People whatsoever; and

27)     Whereby with this Corporation replacing constitutionally de jure Private American State Nationals with de facto Public "U.S. citizens", thereby enabling the constitutionally de jure jurisdiction of The united States of America to be replaced with a statutory de facto jurisdiction of the "United States, Inc." the Jesuit Order would fulfill its design of overthrowing the liberties of The united States of America as plotted during the Congress of Vienna (1815-1816) and the subsequent Secret Treaty of Verona (1822): and

28)     Furthermore this apparent overthrow of both de jure Private American State Nationals at common law and its counterpart, the de jure jurisdiction of The united States of America at common law, would enable the Jesuits from Georgetown University to use the de facto Emergency War Powers Congress - now possessing the unlimited legislative powers of an English Parliament - to wield absolute legislative power over the de jure fifty sovereign states turn de facto "Conquered Territories" as ruled by the statutorily-created, de facto National War Powers "CORPORATE" Military government, with everything being run by the International Bankers, including the Vatican Bank with the Vatican at their head; and

29)     Whereby this unlimited congressional power would enable the Jesuits, ruling their de facto Corporate Military government of their de facto American Empire, to control by statute every facet of American life, "from cradle to grave";  This control would include the imposition of socialist-communism for the building of cartel capitalism (fascism) and the destruction of the historic White Protestant and Baptist Middle Class of American Nationals, as well as others, with the building of a huge military-industrial complex while using their de facto Public "U.S. citizens" to work in the Jesuit Order's laissez-faire, cartel capitalist corporations, and to finance and fight the wars of the Pope's American Empire; and

30)     Whereby these international crusades directed by the Society of Jesus within the geographical united States via its Council on Foreign Relations, would be fought for the benefit of the Roman papacy in restoring the Temporal/Political Power of the Pope over the governments of all nations while subsequently militarizing those conquered nations; and

31)     That furthermore with the change of the de jure constitutional jurisdiction of "The united States of America", with its common law civilian due process of law, and procedures secured by the Fifth and Seventh Amendments, to a de facto, extra-constitutional, Roman Civil Law jurisdiction of the "United States" established by an amended World War I statute (1933), a Presidential Proclamation (1933) and the subsequent abolition of common law right and common law civilian due process of law by the Roosevelt "stacked" Supreme Court in 1938, an alien and foreign martial due process would be adopted by the federal and state courts fitted for the new de facto "New

Deal" Public "U.S. citizens", which are in substance only Roman citizens, and since these de facto "Conquered Territories" are in substance Roman provinces under military rule, it is only fitting that the Roman/Public "U.S. citizens" should be criminally and civilly subjected to a martial process imposed by their very own constitutionally-created civilian courts;  This de facto martial process, if unchallenged by prima facie evidence proving the accused to be a "Private American State National" of The united States of America, and not a Roman Public "U.S. citizen" would confer in substance, martial in personam jurisdiction; and

32)    With this absolutist judicial jurisdiction limited only by decisions of the Supreme Court, the federal courts would be in substance only territorial courts of the Conqueror;  These Emergency War Power Courts would enforce the sovereign will of the de facto Emergency War Powers "CONGRESS", while sitting in a special Executive Equity in substance, a martial equity, operating upon a "LEGAL FICTION";  The legal fiction would be the presumption of fact that each individual American State National of "The united States of America" was in contract with, and enfranchised by, the state of his natural birth, thereby altering his constitutionally de jure American State National status, in direct violation of their own Statute [2 Stat. § 153, cc28, ss1, Revised Statute 2165], at the instant of the fraudulent public registration of the Birth Certificate - a unilateral contract, which in status would enable and obligate the Emergency War Powers Courts to dispose of this matter, federal or state, civil or criminal; and

33)    Furthermore that unilateral contract was the public filing of a Certificate of Live Birth, or Birth Certificate, which by operation of law would be the contract to alter de jure Private American State National status of "The united States of America" to a de facto Public "U.S. citizenship";  With this presumption of fact of an existing contract held by every individual Public "U.S. citizen", holding its Private American State Nationals as "property" and Surety, every court legally sits in a special Executive Equity jurisdiction in which Law and Equity have been merged enforcing the statutes of an Emergency War Powers Congress; and

34)    Whereby this de facto status enables and obligates all federal and state courts to sit in Executive Equity thereby fulfilling the grand design of the Jesuit Society of Jesus in subverting the common law jurisdiction of "The united States of America" (as per Section 1, 13th Amendment, and Section 1, 14th Amendment) by rendering ineffective the constitutional status of de jure American State Nationals of The united States of America (1871); and

35)    Furthermore this evil design of the Jesuit Society of Jesus against the constitutional common law liberties of the  American State Nationals of "The united States of America" as set forth by one of the Order's Masonic Temporal Coadjutors:  That man was Sir Henry Summer Maine, Regis Professor of the Civil law at the University of Cambridge in England:  In his ancient law;  Its Connection with the Early History of Society, and its Relation to Modern Ideas (1864), Maine sets forth his three-part plan that, after its imposition, would overthrow limited American government born out of the Protestant Reformation (1517-1648) and the First American Great Awakening (1735-1750);  This Satanic and diabolical "unholy trinity" was initiated by firstly creating a "LEGAL FICTION" and that Legal Fiction, even though legally but not lawfully imposed by silent consent of each American State National, was the public filing of a Certificate of Live Birth, or

Birth Certificate - the Baptismal Certificate of every federally-owned Public "U.S. citizen", who would become subordinate Surety for, and the held property of his alter ego and Gemini Twin, the Public "U.S. citizen"; and

36)   Whereby as of March 9, 1933, all Public "U.S. citizens" - with their Surety Property, Private American State Nationals - were seized as booty of war by Corporate President Franklin Delano Roosevelt's Corporate Military War Powers Proclamation 2040 which practically overthrew the sovereignty of the People of "The united States of America", reducing them to being mere property of Rome's de facto Corporate Military Government sitting in Washington," D.C.", to be treated as "rebels and belligerents" living in the then forty-eight States deemed by the Conqueror/Commander-in-Chief to be merely Corporate Military Governments in subordination to Washington, "D.C."; and

37)   Whereby with the Buck Act of 1940, State of MISSOURI, and the other "State of States", all became Corporate Municipal Franchises of the bankrupted United States of America, Incorporated, and the corporate "STATE OF MISSOURI" emerged along with the other 49 "STATE OF STATES" which then became Corporate Municipal Franchises of the "UNITED STATES, INC." with none of these 'States' being the same as any of the geographically defined and organic Several States, which are the original Republics; and

38)   Whereby none of these Trust Management Organizations had a contract to operate the Civil Government of this country, and never have, although they have been conniving and contriving to do so for several decades with disastrous results; and

39)   Finally, on September 24, 2015, the legal "owner" of this corporation called "the UNITED STATES. INC.", Pope Francis, did place it into a Chapter 7 Bankruptcy liquidation with the World Court at the Hague which was finalized and concluded with a complete liquidation on November 5, 2020, only two days after the most recent 2020 Elections rendering any results of that election completely moot and useless and well as utterly null and void, as who can be President, or any other officer, of a corporation that no longer exists; and

40) Wherein there has been no lawful government of the United States since the Congress adjourned "sine die" (without day to readjourn) when the Southern States walked out in 1861, while President Lincoln was not the lawful President of The United states of America, as he had been the first to only run for the Office of "President of the United States", which was a separate entity, and was not the actual President of "The United States of America" because he was a "BAR" Attorney and in violation of the Original 13th Amendment which barred those with Titles of Nobility from serving in any government capacity; and

41)   Therefore with no actual Congress to enact laws, nor no actual President of The united States of America from 1861 onward, all "Acts" of "CONGRESS", such as The Judicial Act of 1948 are null and void, as if never enacted, and with this Corporate "UNITED STATES" now being totally adjudicated as Bankrupt and Liquidated, there can be no further claims against the Lawful People of this country, which by operation of law are the rightful and lawful government of the People, and by the People, and for the People currently Assembled in their Lawful Jural Assemblies once again for the first time in 160 years; and

42)    And further without full rebuttal with evidence in support of your rebuttal fully enclosed, of all these facts taken from the official records are herein established as the undisputed facts of this case and will stand unrebutted as the final facts and judgment in commerce on this matter, and res judicata will apply; and

# Positive Averments

43)    Whereby Declarant, Kelvin Dewan Dudley, was in fact born of God on the Land known as St. Louis on St. Louis on Missouri on the 16th day of July, 1966 CE to Cleola Mason and John Dudley – both native American State Nationals with fully protected and guaranteed Constitutional Rights, by virtue of their natural births as well as  [ 2 Stat 153, c.28, ss.1, Revised Statute 2165 ], with their son Kelvin Dewan Dudley also becoming a native Private Inhabitant on the Missouri – a "Missourian", and a Private American State National of the American Republic; and

44)    Whereby the Corporate Birth Registration process created and imposed by the Corporate "CONGRESS" of the Corporate "UNITED STATES, Inc." and their Corporate Franchise, the "STATE OF MISSOURI", this Birth Registration process could only lawfully be imposed upon their own Subjects by creating a Corporate-sole utilizing this Birth Certificate and then using Foreign Fictitious "ALL CAPS NAMES" created as variations of their own True Names for their own private or quasi-public use and benefit; but, because this entire process is based upon a purely alleged and undisclosed contract with their mothers, in which the newborn Declarant(s) were not, nor could ever be, a party thereto, because no child of only a few days of age has ever had the reasoning ability to be a party to a contract, and no law has ever allowed such children to become a party to such contracts, whereby no lawful contract whatsoever has ever existed between children and adults, because nothing even approaching Full Disclosure could have even been possible; and

45)    Whereas when his Birth Certificate was further Registered with the Department of Commerce in Washington, DC, wherein what they Registered was not the living being but the afterbirth disposed of by the hospital and fraudulently claimed as United States property – namely the United States created Estate/Trusts and Foreign-situs Trusts which were converted from that State-created Corporate-sole "ALL CAPS NAME", registering those into International Commerce – again for their own benefit and use, and not that of Declarant herein; and

46)    Whereby Declarant is in fact one of the Posterity of "We the People", by whom and for whom The Constitution for The united States of America (1787) was created and ordained, and established according to its Preamble, holding dejure Private American State National status conferred upon his natural birth by Article I: Sub-section 1, paragraph 2, of that Constitution as an American State National of the continental united States (Major), and both non-resident, and alien to, the military government of the United States, Incorporated in Washington, [D.C.], just as his ancestors were; and whereby Declarant's given name in the common law is: Kelvin-Dewan , and his surname/family name is: Dudley, and is now known by no other names or spelling, publicly or privately, other than "Kelvin Dewan Dudley" spelled only exactly as given; and

47)    Whereas Declarant's full name "Kelvin Dewan Dudley" is spelled only in proper upper and lower case English as shown, and without any captions or abbreviations in accordance with the

rules of English grammar-- as the Courts operating in Corporate Statutory Jurisdiction utilize Roman Civil Law, which is Foreign to the Republic and not binding on Americans, and whereby any "ALL CAPS NAME" is in fact a Capitis Demunitio Maxima which reduces the Rights of that entity to that of a Slave or mere possession and therefore is not acceptable and cannot be allowed, and therefore only the proper English form must always be used in respect to him and his proper persona just as it originally had appeared, or should have appeared, on his  Birth Certificate as "Kelvin-Dewan Dudley" (and later changed to "Kelvin Dewan Dudley"), and no other way; and

48)     Whereby Declarant was naturally born on the land known as St.Louis on Missouri in these Several and united States of America (1787); and

49)     That on the day of his natural birth, Declarant became a de jure Private American State National on the land of the geographic United States of America composing the fifty (Several) States pursuant to and secured by, Article I: Sub-section 2 of The Constitution for The United States of America (1787); and

50)     Whereas on the day of Declarant's "CERTIFICATE OF LIVE BIRTH" being filed with "STATE OF MISSOURI", by operation of law, it was fraudulently presumed that he became the Property of and Surety for, and wedded to the fictitious entities "KELVIN DEWAN DUDLEY", and/or "KELVIN D. DUDLEY", and/or "KELVIN DUDLEY", and perhaps other variations, of state-created Missouri corporate-sole and statutory Public "U.S. citizen" of the de facto Emergency War Powers Corporate Military government of the "United States", and without any contract whatsoever, while these unlawful Corporations were governing the states as "Conquered Territories" and its state-created "U.S. citizens" as conquered peoples through this artifice of pure Fraud; and

51)     That said Property has since been returned to the natural owner, said suretyship has been terminated, the involuntary marriage ended and Declarant's former status of Private American State National has been resumed and restored pursuant to [ 2 Stat 153, 15 Stat 249 ], the Maxims of Law of Contract, the Common Law, Equity Jurisprudence, and by Removal of all Signatures and Rescission of all Contracts for Fraud; and

52)     That Declarant's de jure Private Inhabitant status on Missouri is "Paramount and Dominant", and his de jure "Private American State National" status of "The united States of America, unincorporated" (1787), is "subordinate and derivative" of said "Private Inhabitant status on Missouri", the 14th Amendment notwithstanding, because it was never actually lawfully ratified, being one state short of lawful ratification, and his expatriation from that unlawfully imposed foreign citizenship was effected pursuant to [ 15 Stat 249 ], enacted the day before the 14th Amendment was allegedly ratified fraudulently; and

53)     That Private Inhabitants of The United States of America were called "American Freemen" by pre-14th Amendment Presidents George Washington, Andrew Jackson, Zachary Taylor, and Abraham Lincoln, as well as post 14th Amendment Supreme Court Justice, John Marshall Harlan, evidenced by his dissents in [ Downes v Bidwell, 182 U.S. 244, 381 (1901) and Maxwell v Dow, 176 U.S. 581,607,617 (1900)]; and

54)     That Declarant now specially and privately lives without the military jurisdiction of the "United States" as defined by the Trading with the Enemy Act, and therefore lives Privately on non-military occupied private estate land geographically known as Missouri; and

55)     That Declarant's flags are the civilian Flag of Peace of The United States of America and not the Military one, as well as the civilian original flag of Missouri, neither civilian flag representing its nation under a Republican Form of Government displaying any gold fringe and/or cords, tassels, or spears and/or birds atop thereof as military "colors" do, as displayed by the Commander-in-Chief of the de facto Corporate military governments of both the "UNITED STATES" and the "STATE OF MISSOURI"; and

56)     That Declarant's law is the Word of his Creator via Hebrew Scripture and his family Geneva Bible born out of the risen Son of God's grand and glorious Protestant Reformation having birthed the Modem Era, and thus Declarant does not recognize anyone other than his Creator as an authority in his life; and

57)     Whereas being a non-statutory, constitutionally-protected Private American State National of the Republic of The united States of America (1787) and non-statutory, constitutionally protected Private Inhabitant on Missouri, and therefore no longer fraudulently the Property of, Surety for, and wedded to Missouri Corporate-sole and Public "U.S. citizen" of the "United States", and therefore artificial person "KELVIN DEWAN DUDLEY", or other variations, and now without a Surety and personal property or Federal Income, is a "Non-Taxpayer" as described in [ Economy Plumbing & Heating v United States, 470 F.2d, 585 at 589 (1972) ]; and

58)     Whereby Declarant has herein removed every signature, or silent consent, and rescinded every contract of Suretyship, Nunc-Pro-Tunc, Ab Initio - ever executed on behalf of the corporate-sole / "U.S. citizen" "KELVIN D. DUDLEY" or "KELVIN DEWAN DUDLEY" (including any derivatives of the NAMES thereof) be it public and/or private herein along with Rescission of all Contracts under those Fictitious "NAMES" for Fraud, Nunc-Pro-Tunc, Ab Initio, as now on Public Record; and

# Negative Averments

59)     That Declarant is not alieni juris, holding the status of being Property of, or Surety for, and/or wedded to, an artificial, de facto, hybrid Public "U.S. citizen" created by statute in the state of his natural birth for the benefit of the de facto Emergency War Powers Corporate Military Governments, federal and state, on March 9, 1933, hence Declarant is neither an infant, child, rebel, belligerent, or any type of artificial "*person*" under the power of a paternal Emergency War Powers Corporate Military Government, federal or state; and

60)     That Declarant's Christian/family name is not "KELVIN DEWAN DUDLEY", or "KELVIN D. DUDLEY", or "KELVIN DUDLEY" nor even "Kelvin D. Dudley", or any other derivation thereof, or any other form of this Nom de Guerre (name of war):  French, which denotes a legal fiction or dead person as carried by all subject "U.S. citizens", styled in solely uppercase letters, or with abbreviations, which principle in distinguishing the difference between the all uppercase letters,

and mixed case names has been affirmed by a federal court of record (see Black's Law: Capitis Diminutio Maxima); and

61)     That Declarant is neither the Property of, Surety for, nor wedded to the artificial entity "KELVIN DEWAN DUDLEY", "KELVIN D. DUDLEY", "KELVIN DUDLEY", "Kelvin D. Dudley", nor any other derivatives of this Nom de Guerre/name of war, as carried by all "U.S. citizens", said NAME being the legal property by the characteristics of the de facto Corporate Military Government of the "United States" and

62)     That Declarant is neither a statutory, state-created Public "United States citizen" (artificial person) of the de facto Corporate Military Government of the United States, nor is he surety for and/or personal property of and/or wedded to, a statutory, state-created Public "United States citizen" (artificial entity/person) of the de facto Corporate Military Government of the United States as a matter of status and/or matter of Public and/or contract(s);  Therefore Declarant is not a state-created, federally owned statutory Public "United States citizen" (artificial person/"U.S. citizen") subject to the de facto Corporate Military Government of the United States for income/excise/privilege tax purposes; and

63)     That Declarant's flags, national and state, are not military flags nor military colors with gold fringes and/or draped with gold cords with gold tassels; [Army Regulation **840-10** et seq.]; and

64)     That Declarant is not a rebel or enemy publicly residing within a conquered territory of the "United States", the territory over which the sovereignty of the United States exists [ Hooven supra, p. 671 ] its de facto Corporate Military government having been created by FDR's mere Presidential Proclamation 2040 approved and confirmed by their Corporate "CONGRESS" in their "Emergency Banking and Relief Act" [12 U.S.C. § 95(b)], which also amended via [ 12 U.S.C. § 95(a) ] the Trading With the Enemy Act [ 50 U.S.C. App. 5 (b) ], on March 9,1933; and

65)     That Declarant does not publicly reside according to statutes within any of the ten regions of the geographic United States as designated by the Buck Act (1940) or the "ZIP CODES" of the Federal Zone Improvement Project as began in 1963, and takes exception to whenever possible in the use of either a "ZIP" Code or a Postal Code, both being synonymous; and

66) That Declarant does not publicly reside according to state statutes within a conquered territory or within a federal military district or other district of the geographic United States (composed of the 50 States); His special, private, and confidential mailing location is exactly as follows;

                          **Kelvin Dewan Dudley**
                          Private American State National and
                          Member of the Missouri Assembly
                          c/o 4343 Darby Street
                          on St. Louis on Missouri

67)     That Declarant does not publicly reside according to statutes within any of the ten regions of the geographic United States as designated by the Buck Act (1940) or the "ZIP CODES" of the Federal Zone Improvement Project began in 1963, and takes exception to whenever possible in the use of either a "ZIP" Code or a Postal Code, both being synonymous; and

# Vatican Fraud

*With the plans made at the conclusion of the war of 1812 by the Vatican and others at the Congress of Vienna and their subsequent "Secret Treaty of Verona" in 1822,  the Vatican executed a plot to subvert the Freedoms of America by stealing away their protected freedoms so that they could subvert and control them through the means of their copywritten orifices of the Corporation and Trust with the Civil War giving them the opportunity to take over via stealth while the country was rebuilding itself;*

68)    Whereas the Vatican originally conspired to take over the Freedoms of America during the Congress of Vienna in 1815, shortly after the War of 1812 which was fought over the Congress not renewing the Banking Charter for yet another 20 years, and the pending enactment of the Original 13th Amendment, which barred all those with Foreign Titles of Nobility from serving in our government, and then the Vatican finalized their deal with the Secret Treaty of Verona in 1822, which was soon discovered and lead to the famous Monroe Doctrine of 1823; and

69)    Whereby President Monroe was then given the "Poison Cup" on July 4, 1831 in retaliation for the giving of this Doctrine, which was strictly enforced to protect the United States from this intended foreign intervention, and the American Inventor Samuel "F.B." Morse warned of this diabolical Jesuit conspiracy against American Liberties in his epic work "Foreign Conspiracies Against the Liberties of The united States" published in 1835; and

70)    Whereby during all this Vatican conspiracy the Vatican was in a relationship with the Rothchild's Bank in Eastern Europe and both their banking interests were joined with the Vatican Bank at the Vatican wherein  their joint conspiracies to control the monetary system in a way that would greatly profit them at the great expense of others was evidenced by this relationship, and this fact played right into the U.S. Civil War which followed in ways that most People just never realized and as illustrated below; and

71)    When Abraham Lincoln ran for Office in 1860, he was a "BAR" Attorney who was technically ineligible to run for the Office of "President of The United states of America" by the then fully ratified Original 13th Amendment, which barred those with Titles of Nobility (viz. Esquires) from serving in Public Office, as they had already sworn their allegiance to a Foreign Power, namely the Queen and her Exchequer who actually ran the International BAR Association, or British Accreditation Regency, so Lincoln fraudulently ran only for the "Office of President of the United States" which had never been used before, and thusly fooled the American People into voting for him as most did not fully understand the Law, nor any of these facts; and

72)    The Southern States, which were just as "Confederate" at that time as the Northern States, then elected its own President, Jefferson Davis, to preside over them as many of the conflicts between the states then were magnified in intensity by these same European powers that sought to divide them, namely the Vatican, the European Banks, and the British Crown, which interestingly enough was also very controlled by those same Powers in fact; and

73)    That this great divide in our Union then lead us into a great mercenary battle – not an actual War, as war was never been declared, and subsequently no Peace Treaty was ever signed, however since the Union States under Lincoln went Bankrupt in 1863 and they were only able to borrow the funds in gold necessary to win the war from the Vatican Bank through the Rothchild's, and were eventually able to prevail, however when Lincoln was then unable to pay as promised in go.d at the end of hostilities, he was shot by a Rothchild's Bank agent named John Wilkes Booth when Lincoln attempted to just discharge this lawful debt via promissory notes known as "Greenback Dollars" which actually had no intrinsic value of their own and thusly sealed his own fate; and

(*NOTE:  The full account of this has been on the History Channel at least twice fully documenting this in its entirety.)

74)     And thusly the Military powers took over following Lincoln's death and the once unincorporated Trust Management Organization hired by the People to provide the 19 enumerated services specified in the Constitution was actually Incorporated over those following few years when "Reconstruction" was supposedly taking place, and once the "United States" was lost to the Vatican scheme by incorporating it and placing it under their controls, while the United States of America was also Incorporated under more than one Foreign jurisdiction without public knowledge, as well as the District of Columbia, these Foreign Powers, namely England and the Vatican solidified their goal to control America and limit their Freedoms; and

75)     Whereas one of the main problems with having the service provider substituting themselves into our rightful role was that this was all done by stealth and in absolute Fraud, which vitiates everything from its inception, as the American People were never told any of this and were not even told about the lack of complete Reconstruction following the so-called Civil War, which in reality meant restoring our Civilian Government known as the Jural Assemblies in each and every State, as without these Jural Assemblies being reconstructed this acting Incorporated de facto Government was operating without a Contract, and had no lawful authority whatsoever, as affirmed by their own Courts in the Clearfield Decision of 1943, where it was stated that when a government is operating as a commercial corporation for profits,  it has no sovereign powers of any kind, and is no different than any other commercial corporation on earth; and

76)     Wherein  around the year 2010 the original Author of this Declaration, and several others of like mind, took this information to the Vatican itself and Pope Benedict, who ultimately stepped down from office (allegedly) and was reportedly replaced by a Jesuit (who is barred by Vatican Law from holding such office) as Pope, who subsequently issued all Vatican Officers including the U.S. Congress, a Motu Proprio officially removing all immunity from everyone from the Pope on down and soon visited the Congress and then on September 24, 2015 placed this corporation he controlled named "the United States, Inc." into Chapter 7 Bankruptcy liquidation at the World Court in the Hague, and that bankruptcy liquidation was finalized on November 5, 2020 with a complete liquidation only two days after our most recent election – invalidating the entire sideshow event, as there are no longer any offices to fill in" the United States, Inc." as it has been fully dissolved and no longer exists; and

# Corporate Fraud

*With the United States setup as a Private Commercial Corporation operating for Profits and acting in Fraud the way it does, this setup not only involves the United States itself, but many other Corporations and Municipalities under its control that participate in this Fraud wherein Americans have been completely dominated by all this Fraudulent activity in a land of their own, but unfortunately with most not completely realizing it nor understanding why;:*

77)     Whereby Corporations and most Trusts are Instruments of the Vatican – their creator, and are merely fictitious entities without any lawful rights of any kind whatsoever that can be manipulated and controlled via "legal" means, and mostly used by the Vatican to gain control where they would otherwise have no control whatsoever; and

78)     Whereas none of the Incorporated Trust Management Organizations or other Corporations have a contract to operate our Civil government, and never have, although they have been conniving and contriving to do so for several decades now with disastrous results; and

79)    Wherein the "I.M.F." dba "UNITED STATES, INC.", and its corporate officers and their appointed bankruptcy Trustees commandeered the apparatus of what Americans thought was their lawful government, claimed to represent the American People, and then went on a hundred and sixty (160) year rampage of white collar fraud and crime the likes of which the world has never known; The "I.M.F." dba "UNITED STATES, INC.", has claimed that the American People have had a free choice in the midst of all this misrepresentation and unlawful conversion of assets and that they could redeem their property held in the franchise Estate Trusts setup in their "NAMES" by the banks at any time/simply by notifying the proper officials - the Internal Revenue Service; and

80)    Whereby the Private American State Nationals were never told any of this, so this remedy was never actually made available in any practical sense to the millions of rank and file Priority Creditors of the United States of America, Inc.; The two Trust Management Organizations dba United States of America, Incorporated, and the "UNITED STATES, INC.", were and are obligated to defend the National Trust Indenture, including the material interests and rights of individual Americans who are beneficiaries of the National Trust Indenture; Breach of Trust results in severance of contracts that go along with the fiduciary obligations owed as liabilities of the "IMF" and its agencies and franchises to the living American Nationals; and

81)    Thereby any concerted attempt by Trustees - whether individuals or entire vast incorporated Trust Management Organizations - to impose upon the beneficiaries of a Trust, or to usurp the assets and collateral held in Trust for the Trustees or Trust Manager's own benefit, is a high crime and Felony Fraud and Criminal Malfeasance ... an act of inland piracy, and deserves to be punished as such; and

82)    Whereas these Undeclared Foreign Agents and Agencies employed by the "FEDERAL RESERVE", a privately owned and operated Central Bank employed by the bankrupted United States of America, Inc., and/or the "I.M.F." operating "the UNITED STATES, INC.", have continued to presume a controlling interest in the assets of individual private American State Nationals and their already redeemed individual Estates and to also presume that the private property assets of individual Americans were offered as surety and collateral for debts owed by the United States of America, Incorporated, all based upon insupportable and undocumented claims made by unauthorized third parties acting in Breach of Trust for the past hundred and fifty plus years; and

83)    Wherein this is your individual and personal notice that not only are "Governors" of the United States of America, Inc., and "GOVERNORS" of the "UNITED STATES, Inc.", nor "GOVERNORS" of any of the "STATE OF STATES" not authorized or empowered to pledge private property assets of any Private American State Nationals, they were never empowered to pledge any assets of the organic States, Counties, or Cities either; All "Acts", pledges, agreements, and policies of the "U.S. CONGRESS" and "STATE GOVERNORS" operating the "UNITED STATES, INC," or any other Municipalities which are in fact privately owned for profit commercial corporations not under any contract to serve the American People - and pretending to have effect on living Americans, their private property assets, or their organic states, counties, cities or townships, are fraudulent, and null and void as if these acts never were, and

84)    Whereas similarly, all "legislative acts" of the Franchised States, i.e. "STATE OF MISSOURI" and the other 49 "STATES" – all operating as Corporate Municipal Franchises of the Corporate United States of America, or the "UNITED STATES, Inc." which pretend to have

an effect upon the Private American State Nationals, their private property assets, or their organic states, are fraudulent, null and void as if they never were;  All rules, statutes, codes, regulations, taxes, tithes, fees, penalties, and "laws" established by these Corporations apply only to their own corporate officers, employees, agents or their Corporate citizens, similar to the internal policies set by other commercial corporations on earth, and any pretension that any individual private American state national is obligated to obey those instruments of Corporate Policy as an "Employee" must be backed up with proof of fully disclosed employment contracts and agreements;  This Notice informs you individually and personally that the individual living Private American State Nationals, their private property assets, and their organic states on the land, are not subject to any law, code, statute, rule, regulation, order, or internal policy that is promulgated by any incorporated entity; and

85)    Wherein all Corporate Officers/"OFFICERS" and their Employees have cause to now know that they cannot rely upon second-hand direction received from third parties merely claiming to "represent" individual Private American State Nationals, nor claiming to have controlling interest in private assets held in public trusts that have been established "in the "NAME" of" individual Private American State Nationals by the United States of America, Inc, and/or the "UNITED STATES, INC."; and

86)    Whereas in "representing" the Republic, the "UNITED STATES OF AMERICA, INC." was bound to honor all contracts and Public laws established by the Republic;  In receivership, and the United States of America, Incorporated, had to be operated according to the same Trust Indenture that was established by the Preamble and Bill of Rights, because it is not possible to receive assets in bankruptcy without also receiving the liabilities; and

87)    Wherein the "UNITED STATES, INC." in acting as a secondary Trust Management Organization since 1933 and has in turn undertaken to "represent" the "United States of America, Incorporated", and is bound by the same obligations; and

88)    Whereby in "the NAME of" public trusts, the Trust Management Organizations pretending to represent the American States and individual living Americans, have gone on compiling debts, creating bankruptcies, unlawfully making false claims, and otherwise seeking to ensnare and obligate assets of the U.S. Trust for the benefit of their private shareholders for the past one hundred and fifty plus years; and

89)    Wherein members of the "BAR" Association, who are subject to international treaties that allow them to even live in this country, one Treaty being of Amity, Commerce, and Navigation, between "HIS BRITANNIC MAJESTY" and "the UNITED STATES OF AMERICA" (1794), wherein said Treaty clearly states in Article 1: "There shall be a firm inviolable and universal peace, and a true and sincere friendship between His Britannic Majesty, his heirs and successors, and the United States of America; and between their respective countries, territories, cities, towns and people, of every degree, without exception of persons or places", and by definition members of the Inner City of London, a City-State and foreigners on American soil, are subject to deportation and seizure of all their personal and private assets, if they continue to presume and impose upon the Private American State Nationals, who are their ultimate employer pursuant to the organic 13th Amendment to the Constitution for The United States of America (1787) as lawfully ratified in 1819; and

90)      Whereas Corporate Officers of the United States of America, Inc., or the "UNITED STATES, INC.", who continue to impersonate state or federal judges, or pretend to act as state or federal officials, will be prosecuted to the fullest extent of the American common law if they do not voluntarily come into compliance and live within the limitations of their actual Office/"OFFICE", remembering also that as of September 1, 2013, the Holy See, Pope Francis, has removed all immunity from all such officers, from the Pope himself on down, and then entered the "UNITED STATES, INC." into involuntary liquidation in the World Court on September 24, 2015, which was then finalized on November 5, 2020 fully liquidated; and

91)      Whereby none of these Trust Management Organizations schemes and actions have anything lawfully to do with any living Private American State National, nor with any geographically defined state of the Union, nor with any private assets belonging to these peaceful unincorporated entities, but through purposeful semantic deceit and fraud, false claims arising among these incorporated entities have been allowed to bleed over and impact the beneficiaries of the U.S. Trust; and

92)      Whereas with all this uproar, all these claims and counterclaims, all. these legal fiction entities battling it out with each other in corporate administrative tribunals having nothing whatsoever to do with the living people, their private assets, or their organic states, and they never did;  The only business any living Private American State National has with any corporate administrative tribunal functioning as a court/"COURT", is: (l) to inform the personnel operating the Court/ "COURT", of facts pertaining to some issue being considered, or (2) to present a claim against the United States of America, Inc., or the "UNITED STATES, INC.", or one of their corporate franchises, such as "STATE OF MISSOURI" or "COUNTY OF ST. LOUIS"  (see the Administrative Procedures Act of 1946 for statutory admission); and

93)      Whereby the United States of America, Inc., and the "UNITED STATES, INC.", and their "STATE" Franchises are all commercial corporations for profit, privately and mostly foreign owned, they have no special standing at all, and with respect to Private American State Nationals – they have precisely the same standing as any-other multi-national corporate conglomerate; These incorporated entities can't force individual Private American State Nationals to accept their services, buy insurance, pay taxes, or do anything else based upon the representations of third parties merely claiming to represent them;  They have no approach, question, interrogate, detain, arrest, or imprison any Private American State National violating any Code, Rule, Regulation or Statute or for committing any infraction thereof or for allegedly committing any crime lacking a corpus delecti demonstrating actual harm to other living people or property; and

# Bank Fraud

*With the Vatican taking over control of the United States Corporation, along with their Vatican Bank, through this conspiracy with the "BAR" (British Accreditation Regency) they conspired to create the Federal Reserve System as the sole creditor to the United States so they were still in control at arms-length, and this fiat money system they created was further abused to indebt the American People through schemes hatched up by this Corporate banking cartel and the government that was believed by most to be the lawful government of the United States, when it was only under contract to provide those nineteen enumerated services listed in their Constitutions:*

94)      Whereas it was clear that the Vatican assisted in the plan to create the Federal Reserve System in 1913, and eventually take the United States off the gold standard in 1933 by making this foreign owned banking cartel the sole creditor to the Corporate United States and its Franchises;  Wherein these banks basically exercised monopolistic control not only of the

government entities, but even over their Courts, and yet another diabolical plot was constructed against the Rights of the People, especially starting with the Townsend Maternity Act of 1921, where they enfranchised the People via the creation of the Birth Certificates, which interesting enough, is designed exactly like the catholic baptismal certificate; and

95)     That since the late 20's, the Corporate United States has been receiving these Birth Certificates for Registration at their Department of Commerce in Washington, D.C., and then, as they are considered "Documents of Title" and they turn those Originals over to their Department of Treasury, where they are "monetized" – backing the Treasury Bonds that are issued against them and then used to pay off the "unquestionable National Debt" at the Federal Reserve with those Bonds that were created from the backing of these Birth Certificates as their Collateral, and those Bonds are then also used to pay for their habitual deficit spending as well;  And whereas the Registration of such creates foreign controlled Estate/Trusts and Foreign situs trusts under the Fictitious Names of the People documented thereupon in this Fraudulent scheme to hypothecate the National Corporate debt unto the unsuspecting American People, which are very clearly shown here to be the actual Priority Creditors to this nation; and

96)     That all bank officials operating businesses in the geographically defined States have knowingly, or unknowingly, setup checking, savings, and other depository accounts, including mortgage and escrow accounts, which result in unlawful conversion of private property into corporate assets;  That by creating these accounts in the "NAMES" of individual Estate/Trusts, owned and operated by the "UNITED STATES, INC." instead of the names of the living people, private bank accounts belonging to Declarant, Kelvin Dewan Dudley, have been unlawfully converted to the ownership of Puerto Rican Trusts owned and operated by the " UNITED STATES, INC.", under the Fictitious Names created from their Birth Certificates, like "KELVIN DEWAN DUDLEY", or "Kelvin D.Dudley", etc.; and

97)     That wherein this semantic deceit dependent on the use of similar names and the constructive fraud of non-disclosure practiced by the banks has resulted in claims by the "I.M.F.", dba "UNITED STATES, INC.", and their "STATE INSTRUMENTALITIES", where the funds and contracts under deposit as negotiable instruments are presume to be the property of the "UNITED STATES, INC.", or one of their "STATE" Instrumentalities;  All banks and banking officials operating in the Several states are now under Notice and Demand to correct their records to reflect the fact that assets contained in, or claimed by, "individual franchise Estate Trusts" operated "in the "NAME" of Private American State Nationals and their private unincorporated business Enterprises  have been redeemed by the same or similar given names of living people, living at the geographic address of record on file; and

98)     Whereby the leadership of the "UNITED STATES, INC.", known as the "U.S. CONGRESS", has recently passed the Dodd-Frank Bill, gratuitously granting themselves the right to pillage the bank accounts of Americans which have been purposely and self-interestedly constructed by the "I.M.F." dba "UNITED STATES, INC.", as private accounts belonging to federal franchise Estates or Trusts without the knowledge or consent of the victims or rightful owners; and

99)     Therefore all banks and banking officials operating in the Several States are now under Notice that any claim presented by any officer of the "UNITED STATES", "STATE OF MISSOURI, or any other "STATE", pretending an interest in the private property assets of Private American State Nationals, or seeking to withdraw deposits under the authority of the Dodd-Frank

25

Act, or any other "CORPORATE CONGRESSIONAL ACT", is prohibited from any such action by Public Law of the Republic, and that any banker aiding or abetting unlawful conversion of private assets for the "I.M.F"., dba "UNITED STATES, INC.", or their "STATE" Instrumentalities, will be prosecuted to the fullest extent of American common law; and

100)   Whereby any Corporate Officer/"OFFICER" receiving this Notice, who is unaware of the facts presented herein, is invited to contact "INTERPOL", the nearest Vatican Legate, or the International Service Agent for Missouri;  And any Corporate Officer/OFFICER receiving this Notice who believes that we are misunderstanding any of the historical facts or any aspect of the material circumstance, is invited to produce the single document which they believe grants their agency or office jurisdiction and/or controlling interest in living Americans, their private property assets, their credit, labor, their organic states, or any other material assets; and

101)   Wherein the criminal intent of these actions is self-evident .... first convert private bank accounts to the ownership of public trusts owned and operated by for-profit corporations merely pretending to "represent" the victims, second to claim that these private assets have been "donated" voluntarily to the public trust franchises, or abandoned by the legitimate beneficiaries of the assets; This Notice is your individual passport to a real "federal" prison if you do not cease and desist all participation in support of these claims, actions, and intents; and

102)   Whereby the living woman, whose given name is written properly in the form: "Kelvin Dewan Dudley", has been induced by undeclared foreign agents of the "I.M.F." dba "UNITED STATES, INC.", and the "FEDERAL RESERVE", dba United States of America, Inc., to believe that he is depositing his funds in his own private bank account, but in fact he is always depositing his private property into a bank account owned by "KELVIN DEWAN DUDLEY", which is an Foreign Estate/Trust owned by the banks operating the "UNITED STATES, INC.", or "KELVIN D. DUDLEY", which is a foreign situs trust owned and operated by the United States of America, Inc.; and

103)   Whereby any Officer/"OFFICER" receiving this Notice that doubts that this is true, is invited to pull out their own personal check book and look at what appears to be the signature line under high magnification, and you will see that this line is not a line at all,  but a row of repeating microprinting stating "authorized signature" over and over;  This verbiage has to be there because the "owner" of the account "KELVIN DEWAN DUDLEY" is a Puerto Rican Estate Trust, and can't function without physical agents; and

104)   Wherein the "I.M.F." dba "UNITED STATES, INC.", has deceived millions of Americans into depositing their private assets into "public franchise trust" accounts, without their knowledge or consent; Most likely the Officers/"OFFICERS" reading this Notice have been similarly victimized by this foreign interloper's deceit, fraud, and self-interest;  To lead everyone along with this deception they have allowed everyone to write checks on "their" account and claimed that they are an employee of their Corporation - and as such, require you to obey all their laws, rules, codes, statutes, and regulations that they deem appropriate to establish and enforce; and

105)   Whereby this is all a form of bunko that has been made possible because the banks operating as creditors gained a position of trust via the bankruptcy of the Trust Management Organization dba the United States of America, Inc., which was in receivership; The "FEDERAL RESERVE", another privately owned, for profit, banking cartel, gained a similar position of trust as the primary creditor of the United States throughout its bankruptcy reorganization and

# Court Fraud

*With all the Court Fraud exposed in this Vatican scheme to take over our lawful government, and also that of their other Corporations, and also the Banks, it should be obvious to all that the Courts have been manipulated the way they have been to protect the Banks, as well as the Federal and State Corporations:*

106)     Wherein whenever anyone is "booked" by the Corporate Municipal Police, or other law enforcement agency in this country, they are fingerprinted, and those fingerprinting machines that they utilize have all been pre-programmed to accept only "ALL UPPERCASE**"** letters, or convert them from lower or Mixed case into "ALL UPPERCASE", so that the" NAME" they book someone under is always an "ALL CAPS NAME**"** and that of a "LEGAL FICTION" (fictitious "person"), a crime in and of itself,  and that which they assign to all U.S. subject citizens; and

107)     That converting a Private American State National's name to a Fictitious "NAME" such as this, is an act of "personage" and not only fraudulent, but contrary to well established law as in their Roman Civil Law it is a capitis diminutio maxima as described in Black's Law as having stripped that individual of his Rights without due process of law, rendering him to the status of a Slave in direct violation of their own Statutory 13th Amendment and when Sheriffs, Attorneys, Judges, and Court Clerks, address birthright Citizens of the Continental United States in the foreign jurisdiction of the Federal United States Courts or that of a Federal State, and deliberately confuse living people with corporate franchises merely named after them, they commit personage; This results in press-ganging Land Assets into the international jurisdiction of the sea, a crime outlawed worldwide for over 200 years, that of "Personage" which is a recognized act of inland piracy and it carries the death penalty, thereby mischaracterizing the identity or citizenship status of birthright Citizens of the Continental United States, which is also a crime under the Geneva Protocols of 1949, Volume II, Article 3, which also carries the Death Penalty; and,

108)     Whereas when they have fraudulently done this right at booking, even over one's objections, that man or woman will not get an actual Grand Jury indictment, a Trial by Jury, or full Due Process of Law - as they have already stripped him or her of their Rights where no amount of objecting will fix the problem, as their so-called judges will just simply overrule those objections; and

109)     That the Prosecutor takes his unsworn "Information", with or without an injured party or proper affidavit of injury, to the special Criminal Rule 6 Petite Jury, which only has nine members – and only requires 7 to indict, and then has them issue a so-called True Bill - which is no True Bill at all; and

110)     That if and when  one doesn't know all about this Fraud, and how exactly to object at an arraignment, or what to object to, or have this Declaration on File or other suitable prima facie evidence of their true status as a Private American State National submitted into evidence, their corporate martial due process Courts will then require them to prove their own innocence when twelve additional presumptions have already been made against them, and once they either enter a plea, or one is entered for them, their fate is sealed, as they will be tried as a U.S. subject citizen with the presumption of guilt and with no Rights to protect them with only mere revocable privileges that  have already been revoked; and

111)     That the only issue that needs to be brought before one of their Courts is this Declaration of Status, to show that you are a Private American State National fully endowed with all your

Constitutionally guaranteed Rights, and one will really have to be on their toes even then, as the Prosecutor will be practicing Barratry, and they do not give in to reason very easily - but with your Declaration in Evidence, you can continue to object to whatever they do on the basis of their non-rebuttal, as everything they do in these Courts is unlawful under our Constitution, and their Corporate Codes, Statutes, Rules and Regulations simply do not apply to you - they apply only to their Corporate Officers, Employees, Agents, and actual U.S. citizens just as any other Commercial Corporation operating for Profit in the world's internal by-laws do; and

112)     That it is a fact, their Incorporated in-house Codes, Statutes, Rules and Regulations simply do not apply to any Private American State Nationals, as they are the Law of the Sea, and not of the Law of the Land – they only apply to their Incorporated Officers, Employees, Agents, and Subjects just as any other Commercial Incorporation operating for Profit an the world's internal by-laws do, and since they cannot bring forth into evidence any valid, fully disclosed contract of

employment, they simply cannot take silent judicial notice and "claim" that we are an employee, when in fact we are their actual employer; and

113)     That "Trial by Jury" is never given in their Corporate Courts - only a "Jury Trial", which is vastly different, as the Judge instructs the Jury and dictates the law, whereas in a Trial by Jury, it is the Jury's duty to determine both the Facts and the Law of the case; and

114)     That a "Fictitious Name" is defined in Black's Law as "A counterfeit or pretended name taken by a "person**", differing in some essential particulars from his True Name, and "Fictitious" is described as being "Founded upon a Fiction, having the character of a Fiction, pretended or counterfeit; and

115)     That "Fiction of Law" is wrongful if it works loss or injury to anyone - and where there is truth, fiction of law does not exist, so why do Courts always use a Fictitious Name that Black's says "is meant to deceive or mislead", when a Fictitious entity cannot be a "natural person" according to Black's .... a natural person being a Man or a Woman, and this is Fraud, pure & simple, when Fraud and Justice are never supposed to dwell together …. and this is all their Courts have to offer; and

116)     That these Prosecutors are all committing the crime of "Personage", when they use a "LEGAL FICTION NAME", and that is Fraud in the factum; and

117)     When bringing this Fraud into the Courtroom several other Federal crimes come to mind: Conspiracy for the Deprivation of Rights [Title 18 U.S.C. § 241] and Deprivation of Rights Under Color of Law [Title 18 U.S.C. § 242], False or Fraudulent Claims [Title 18 U.S.C. § 1001], Kidnapping [Title 18 U.S.C. § 1201], Use of Fictitious Name [Title 18 U.S.C. § 1242], Frauds & Swindles [Title 18 U.S.C. § 1341], and Peonage [Title 18 U.S.C. § 1501], just to name a few, to say nothing about State Laws; and

118)     And then when they fraudulently convict the "LEGAL FICTION" (person), they make the Man or Woman Surety for all the Bonds they create at $12,000,000 per felony count, or $120,000 per Misdemeanor, by having the Public Defender, or Private Attorney, sign the Standard Form 28 "Affidavit of Individual Surety" for you, without your knowledge or consent; and

119)  That this foregoing act clearly demonstrates their Motive for doing all this Fraud ... unjust enrichment for this Privately owned Commercial Corporation operating for Profit, so it is no wonder the U.S. Supreme Court had to rule the way they did in the Clearfield Doctrine of 1943, as greed corrupts everything; and

120)  That in fact, "KELVIN DEWAN DUDLEY" like "KELVIN D. DUDLEY" are mere "LEGAL FICTIONS", existing nowhere except as a concept on paper and are defined in Law Dictionaries as Corporations or other man-made entities, and this Fictitious entity cannot lawfully be attached to a living Man or Woman, and most definitely is not the name of this Declarant, who prefer to carry lawfully Notarized Private "ID" or State National Credentials and who is not a Licensee, Officer, Employee, Agent, Contractor or Subject of any Corporate "STATE", the "UNITED STATES", or any other Federal or State Agency, and thereby the Federal and/or State entities have no nexus whatsoever with him/her; and

121)  That Declarant, Kelvin Dewan Dudley is in fact a Private American State National and a Private Inhabitant on the Land on Missouri, and respondent(s) have absolutely no information whatsoever to the contrary; and

122)  That Declarant, Kelvin Dewan Dudley, is fully entitled and endowed with all his Constitutionally guaranteed Rights and protections under The Constitution for The united States of America (1787), as well as the National Trust Indenture, and always has been; and

123)  That the original Author of this Declaration, Ronald Edward Kelly, was a CPA Audit Manager and graduate Computer Engineer who actually wrote the original Oracle© Database System used by the Mortgage Companies in conjunction with Freddie Mac, et.al, as well as the best Fraud Detection system for the Auto Insurance Companies ever deployed, whereby "the United States of America, Inc.", or the "UNITED STATES, INC.", creates and backs the Financial Enterprises of Freddie Mac, Ginny-Mae, Fanny-Mae, and Sally-Mae and their replacements, who are all involved with them and the Nation's Counties in a financial debacle that unjustly enriches them as well as the Incorporated Trust Management Organizations our Corporate government consists of through the Nation's Counties since the late 70's; and

124)  That whenever anyone is arrested and charged with a Felony violation of one of their Corporate Statutes or Codes - even though there may not be an injured party at all, nor an actual Grand Jury Indictment, the Judge assigned will issue Miller Act Bonds on the case to the tune of $4,000,000 per Felony count at arraignment (or $400,000 per Misdemeanor count and $40,000 per simple Infraction), and then another $4,000,000 per Felony upon conviction, with yet another $4,000,000 per Felony issued upon sentencing, all without the knowledge or consent of the accused, with the Prosecutor signing off on the Standard Form 28 – Affidavit of Individual Surety for the accused without his knowledge or consent, making this a staggering Twelve Million per Felony Count all total, and with Prosecutors over-charging as they do say on a ten count indictment, would amount to an astonishing $120,000,000 even if these were mere statutory violations without any actual injured parties nor anyone other than them to receive these funds; and

125)  Whereby these Miller Act Bonds are held in camera (judge's chambers) by the Judge, and act as additional collateral for the County in which their County Bonding Agent will issue Tax-exempt Munis in an equivalent matching amount as backed by these, which are then primarily purchased by Freddie Mac or one of the other big Federal Lenders to use as collateral for the

"Commitment Paper" they issue to the actual lenders;  Those Tax-Exempt Munis are then sold on the Market by Wall Street brokers at Discount, and Freddie, for example, will purchase $100,000,000 worth of these for approximately $67,000,000 - but Freddie, et al., actually pay for these with the Borrower's Mortgage Notes, which are then "Securitized" as "Mortgage-Backed Securities", as they are more than nine months to maturity, and Freddie has made the 100% profit off the transaction, purchasing these Bonds for basically nothing -- as they always use the Borrower's Mortgage Notes to pay their Wall Street Broker;  and

126)      Then the alleged Lender will service this basically pre-paid Mortgage anyway based on the Mortgage Contract, and then collect up to three times (3X) the Value of the Borrower's Mortgage Note over a 30 year period, when in fact the Borrower's Mortgage Note was used to pay Freddie or other Federal Lender for the Commitment Paper used in the  so-called "loan" where no actual consideration was ever given;   And the Counties who issued those Munis in the first place eventually have to pay out at maturity on those Bonds, however it has just become their "policy" to just arrest more & more People, and charge them with more & more counts to make up the difference, so it is no wonder that there is so much "victimless crime" in America and why America has the largest prison population per capita of any civilized nation in the world, and wherein the legacy we have  left behind for our children is just absolutely appalling; and

# Common False Claims Regarding Citizenship

*Declarant will address the common false claims made by Officers/"OFFICERS" that represent either the United States of America, Incorporated, or the "UNITED STATES, INC.", or their Instrumentalities, to the effect that living Private American State Nationals are "U.S. citizens" subject to domination by any Corporate entity under contract to serve them, when mere Corporations have no sovereign powers of any kind:*

127)      Wherefore according to the Act of the Republic enacted as Public Law by the Members of Congress Assembled as an unincorporated Body Politic, of the Domestic States on April 14, 1802 [ 2 Stat. 153, c28 ss. 1  Revised Statute 2165 ] - "an alien may be admitted to become a citizen of the United States in the following manner, and not otherwise.";  This Body Politic which was unincorporated, fully enacted this as positive substantive Public Law operating under full liability as the domestic civil government of the Several States;  It cannot be amended or repealed by an "Act" of any incorporated Trust Management Organization claiming to merely represent the Republic, and it sets forth a lengthy process that is required to redefine any American National as a "U.S. citizen" subject to the corporate jurisdictions of the "UNITED STATES, Inc." or its Instrumentalities, and the very day before the 14th Amendment was ratified, Congress passed 15 Stat 249 so that People could in fact expatriate from the Corporate citizenship invoked by the 14th Amendment, thusly Declarant has expatriated the "U.S. citizenship", and resumed his Private American State National status, and thereby the "CONGRESS" and the "STATE" Legislatures nor their Courts have absolutely no jurisdiction or nexus over him whatsoever; and

128)      Whereby any claim that any private contract entered into by individuals can magically overcome this prerequisite of Public Law stands mute and dis-proven by the entirely of the Federal Register and Code, which Unfailing describes Private American State Nationals domiciled in the  geographically defined Several States as "non-resident aliens" with respect to the United States of America, Incorporated, and/or its Municipal Corporation's jurisdiction; and

129)    Wherein virtually no Private American State Nationals have ever deliberately undertaken to become "U.S. citizens" as required by Public Law in [ U.S. Statutes at Large 2 Stat 153] , and they have not by any voluntary act knowingly agreed to stand as sureties for a bankrupt Trust Management Organization calling itself the United States of America in 1930,1933,1959, or at any other time;  They have not agreed under conditions of full disclosure to contract at all with the "UNITED STATES, INC." to provide any services, much less have they granted any authorization to this foreign, privately owned for profit banking cartel to "represent" them or their interests as Priority Creditors of the United States of America, Incorporated; and

130)    Wherein they did not grant authorization to any Governor/"GOVERNOR" or other elected or appointed official, corporate officers, employees, or private contractors of the United States of America, Incorporated, or the "UNITED STATES, INC.", or the "UNITED STATES OF AMERICA, INC.", to represent them or their interests in these matters at any time from the founding of the Republic to this day;  They did not under full disclosure voluntarily grant authorization allowing any incorporated Trust Management Organization to operate public trusts under their individual names, to hypothecate debt based upon the value of their labor, homes, land or other resources, or to otherwise impose the debts, statutes, codes, or other regulations, of any corporation onto them; and

131)    Whereas in 1995 a group of Private American State Nationals moved to redeem and reclaim their individually "NAMED" Estates created by the Secretary of the Treasury of Puerto Rico, the Bankruptcy Trustee appointed by the IMF, providing proof to the "INTERNAL REVENUE SERVICE" and "IRS", as well as the Alien Property Custodian, and the U.S. Bankruptcy Trustee, that they were alive and competent to administer their own affairs, and that they were Priority Creditors to the United States of America, Inc., and that at that time, and ever since, have maintained their objections to any presumptions that they are, or ever were, "wards of any State/"STATE", or ever incorporated, incompetent, or otherwise disabled; and

132)    Whereby they have uniformly declared and testified before the world that they have been defrauded, lied to, lied about, victimized by deliberate semantic deceit, suffered extortion, armed robbery, gross fiduciary malfeasance, inland piracy, conspiracy against their rights and material interests, have suffered from self-interested non-disclosure, breach of trust, despotism, and default of commercial contract, all at the hands of Trust Management Organizations that are obligated to function in good faith and with full fiduciary liability; and

133)    Whereby they have repudiated the claims of the United States of America, Inc., and the "UNITED STATES, INC.", which are merely privately owned for profit commercial corporations no different than Microsoft or Mobil Oil Corporation, which have sought to attach the private property assets of individual Private American Nationals and the assets of the Republic via fraudulent deceit and misrepresentations;  These American Nationals reclaimed their full sovereign authority among the nations of the world, and they redeemed their assets held in public trust created and held by the United States of America, Inc., and the "UNITED STATES, INC."; and

134)    Whereby all debt accrued against any public trusts operated under the given names or variations thereof of Private American State Nationals by the "UNITED STATES, INC.", or the United States of America, Inc., or any and all incorporated franchises thereof - Trust Management Organizations, including, but not limited to, the "STATE OF MISSOURI", etc., is to be discharged, dollar for dollar, without exception, with clear fee-simple title to the assets returned to the individual American National and the organic states of the Republic; and

135)   Whereas the Private American State Nationals have issued no valid proxy authorizing any agency, elected official, corporate officer, foreign agent, or public employee of the United States of America, Inc., or the "UNITED STATES, INC.", or their corporate municipal franchises, to "represent" them in an abusive manner contrary to their material interests, nor did they grant any such authorization of representation to any authority to any incorporated Trust Management Organization to represent them regarding these specific matters;  They recognize no such claims brought against them, their private property assets, or their organic states which are made based on representations "on their behalf" by third parties acting in breach of Trust and contract default; and

# Intolerable Conditions

*Thereby finding this situation of statutorily altered Private American State National status intolerable and contrary to lawfully enacted Statutes and in contradiction with the Maxims of Holy Scripture (Proverbs 11:15), and at variance with the originally established courts of common law as well as the Courts of exclusive/inherent Equity/Chancery governed solely by the Maxims of law and Maxims of Equity, I,  **Kelvin Dewan Dudley** do solemnly declare and affirm the following:*

136)   Whereas any of the "FRANCHISES", "CORPORATE-SOLEs", and/or "BIRTH CERTIFICATEs", being in fact a unilateral contract under seal, was created and offered "legally", though deceitfully and fraudulently, its open-but-false purpose to aid in the Census, as a means of identification in the documentation of a natural birth, as well as for health reasons and other purposes, its secret-but-true purpose being to rob "We the People", which included every individual Private American State National, first of our sovereign rights as a People, then our Constitutionally protected and guaranteed Rights, and ultimately our lives, fortunes, and sacred honor; and

137)   Whereby the true purpose of the "BIRTH CERTIFICATE", a unilateral contract under seal, is to be a covert commercial agreement and unconscionable adhesion contract / quasi-contract between the state of the baby's birth and the mother of the baby, the baby then deemed property of the federal, de facto, Incorporated Military Government of the United States - the "BIRTH CERTIFICATES" being Registered by the Secretary of State of the birth state, and then turned over to the U.S. Department of Commerce, where they are Registered into International Commerce, and then to the U.S. Treasury where they serve as Collateral and Securities to back the Treasury Bonds issued against them for the "unquestionable public debt", as per Section 4 of the 14th Amendment; and

138)   Whereas the true nature of the "DATE OF FILING" on the "BIRTH CERTIFICATE", a unilateral contract under seal, is to commence the legal birth, or creation of the quasi-corporate, artificial person/Public "U.S. citizen" created by all necessary legal elements of a unilateral contract, it being in writing, signed, sealed, and delivered for registration and filed with a public office of the baby's state of live birth, thereby enslaving the baby to serve the artificial entity so created and controlled by these "CORPORATE" regimes and "FRANCHISES", all ultimately being controlled by the Vatican; and

139)   Whereby the "BIRTH CERTIFICATE" is a "BUSINESS INSTRUMENT" registered with the County Registrar, a subsidiary of the Secretary of State (of the Several States, treated as "Conquered Territories"), also sent to the Bureau of Census, a Division of the Department of Commerce in Washington, D.C., placing the "NAME" of the Public "U.S. citizen" into interstate and international commerce as a statutory legal "*person*" - as are corporations, partnerships, trusts,

corporate-soles, etc., distinct and separate from the "natural born boys and girls", i.e. the Private American State National of The united States of America (1787); and

140)     Whereas the Secretary of State (of the Several States) charters corporations and issues franchises, therefore any natural born Citizen/Private American State National with a "BIRTH CERTIFICATE" is made liable to the Franchise Tax Board of the State's Department of Revenue for income/excise/privilege taxes as well as for the "Federal Corporation of the United States", via excise income privilege taxes in payment of the interest on the national .... corporate debt (as proven by President Reagan's Grace Commission in the 80's), which interest on these purported debts is owed to the Roman papacy's Federal Reserve Bank; and

141)     Whereas this "BIRTH CERTIFICATE", functioning as a "BUSINESS INSTRUMENT", has hoodwinked private American state nationals allegedly named on said Certificate, into unknown and covert implied contracts by operation of law, placing Declarant and Private American State Nationals under an alien, foreign, and yet "temporary", de facto foreign corporate military jurisdiction of the "United States" created first by the "Emergency Banking Relief Act", its initial paragraphs containing a congressionally-amended WW-I statute known as the "Trading With the Enemy Act", codified at 12 U.S.C. § 95(a), and secondly by President Roosevelt's "Emergency War Powers" Proclamation 2040 decreed March 9,1933; and

142)     Whereby the above de facto jurisdiction of the Corporate United States includes the jurisdiction of the constitutionally-created federal and state civil courts (in form) sitting in a corporate military Roman equity/at law (in substance), no longer sitting or proceeding against accused Private American State Nationals with the mode of common law civilian due process of law that, if unchallenged by producing state-filed public records and other prima facie evidence, (if the Corporate "Judge" will allow them), conferring a Corporate-military jurisdiction over the accused that is then forced to plead into a court imposing martial due process and procedure derived from congressionally-amended World War I statute by Executive Proclamation on March 9, 1933, with the judges, both federal and state, acting on behalf of the de facto corporate military Dictator/Commander-in-Chief sitting in Washington, D.C.; and

143)     Whereas upon the public filing of the "BIRTH CERTIFICATE" with its attached Private American State National serving as an involuntary Surety, another "source" of income was created that would generate "Income" which then be excise/privilege taxed on the natural baby/man/private American state national now deemed to this new artificial person/"U.S. citizen" as its property and subordinate Surety, the new "source" being deemed a "rebel and belligerent" residing according to statute deemed to be an "Occupied Territory" and being in commerce and subject to the absolute legislative powers of the "temporary" Emergency War Powers "CONGRESS" (1933-present) to regulate without limit in interstate and international commerce pursuant to Article I; Section 8; clause 3, of the "United States Constitution" during this time of "temporary" declared state of National Emergency, now (2021) in its 88th year; and

144)     Whereby Declarant, a Private American State National, has ceased to be Surety for and the personal property of Public "U.S. citizen" "KELVIN DEWAN DUDLEY" by Removal of all Signatures, and Rescission of all Adhesion contracts, past, present, or future; Wherein without the production of any expressly signed and verified contracts with these corporate entities with full disclosure, those corporate claims stand mute - as none exists under this corporate government's fraudulent schemes; and

145)    Wherein Declarant, in esse, has irrevocably separated himself from the state-created "FRANCHISE", "CORPORATE-SOLE", "UNITED STATES CITIZEN", created by means of a publicly filed "BIRTH CERTIFICATE", and thereby revokes any and all powers, including, but not limited to Power of Attorney and/or Surety, and/or Agency that Declarant may have granted to any Party, public and/or private;  Therefore Declarant is not a party to FDR's contract with all "U.S. citizens" by means of Proclamation 2040, confirmed and approved by Congress in its passage of the "Emergency Banking Relief Act", thereby amending the "Trading With the Enemy Act";  Therefore Declarant is not in commerce (as are Corporations), never to enjoy any commercial privilege of limited liability as a matter of "United States citizens" status  (as do Corporations, also being Public U.S. "citizens"), having discharged all de facto Emergency War Powers Corporate Military Governments, federal and state, from any duty or obligation having arisen from Declarant being the property or surety for, and/or wedded to, the state-created hybrid, the federally owned Public "U.S. citizen" in service of Washington, D.C. for commerce and war; and

146)    Declarant, Kelvin Dewan Dudley, has returned to his former status of being an American Freeman, and Private American State National of The united States of America (1787) in law and in equity as secured by Article I: Sub-section 2: Paragraph 2, and Article IV: Sub-section 2 of The Constitution for The united States of America (1787), and therefore stands "in personam", in esse, and sui juris, possessing all God-given unalienable Rights, all Constitutionally Guaranteed Rights, both Federal and State, and all common law Rights of a de jure Private American State National of The united States of America (1787), no longer under the legal disability of being the Property of, or Surety for, and/or wedded to a de facto, corporate state-
created, Public "U.S. citizen" owned by the Federal de facto Corporate Military Government of the United States; and

147)    Whereby Declarant, Kelvin Dewan Dudley, is no longer Property of, Surety for, and/or wedded to a de facto Public "U.S. citizen" (which is alieni juris), therefore no longer under the de facto jurisdictional power of statutorily-created de facto "Emergency War Power Governments" (federal or state) as those absolute legislative, absolute executive, and absolute judicial powers are exercised towards a de facto Public "U.S. citizen" deemed Whereas
148)    a "rebel and belligerent" statutorily under the paternal guardianship of de facto "Emergency War Power Governments" (federal or state) as those absolute, paternal, powers are exercised towards children, wards, or de facto Public "U.S. citizens"; and

# Vatican Actions

*Declarant will address recent actions taken by the Vatican (the one that owns the Trust Management Organizations named "the United State, Inc.", and are in fact the actual authors and copyright holders of this law form which has been imposed unlawfully on, and without a contract with the American People without their knowledge and consent as a result of Lincoln's failure to actually pay his Civil War debt owed to the Vatican in the specie they borrowed and whereas this undeclared "war" between two distinct and independent contractors that was no more than a mercenary conflict, prompted the Vatican Bank to hire the assassin that murdered President Lincoln, so that the bank could claim their collateral and take control by Incorporating the United States and the United States of America so they could rule it under their Corporate Charter, which is in fact Foreign Law in this country ... and not allowed by Law, however never disclosed to the American People:*

149)    Whereas beginning in 2009, Private American State Nationals took their claims against the
United States of America, Incorporated, and the "UNITED STATES, Inc.", to the Holy See;  This
is your "NOTICE" that all authority to create these legal fictions – Corporations, Trusts, Public
Utilities, Foundations, and Cooperatives – derives directly and explicitly from the Holy See and
the Law Forms established and copyrighted by the Roman  Curia;  Along with the power to create
comes the power to destroy;  The Holy See and the American People have the power and right to
dissolve the "UNITED NATIONS" Charter, the "IMF" Charter, the "UNITED STATES" Charter,
and so on, ad infinitum, and to order the distribution of assets of these unlawfully acting legal

fictions to the creditors, and the Pope has the additional unlimited ability to "void" or rewrite any
"law" or statute created by any incorporated entity worldwide; and

149)    Whereby all the individually named public trusts generated by the two Trust Management
Organizations, dba "the United States of America, Inc.", and "the UNITED STATES, INC.", are
legal fictions which have been created under the auspices of the Holy See and Roman Curia and
misused as a means to plunder the private property assets of Private American State Nationals and
their organic states under color of law;  The persons promulgating, preserving, and supporting this
abuse and fraud are criminals - outlaws on the land, and pirates on the seas;  Anyone receiving this
Notice who does not immediately cease and desist and correct their behavior, presumptions, and
operations in whatever office or position they hold, public or private, is fully civilly and criminally
liable; and

150)    Whereby in 2010-12 Pope Benedict XVI agreed with the American State Nationals that
gross Breach of Trust and Fiduciary Malfeasance related to the administration of the U.S. Trust
and the individually named public trusts had occurred;  Remedy began in 2010 and has continued
by Pope Francis dba "FRANCISCUS", acting as "CEO" of the Global Estate Trust;  This
correction is coming from the highest contracting powers, from the very top of the interlocking
trust directorate that has incorporated all of the Trust Management Organizations responsible for
administrating government services worldwide -- including both the United States of America,
Inc., and "the UNITED STATES, INC."; and

151)    Whereby private attorneys and civil postmasters and international diplomatic agents in
every organic state of the Union have been appointed either directly by the Holy See, or under the
Holy See's direction, to communicate these facts to those responsible for the administration of the
Trust Management Organization and their franchises and agencies responsible for the deplorable
conditions of abuse, fraud, and criminality engulfing America;  This is your "FINAL NOTICE":
The legal fiction organizations you work for will be liquidated if they do not come into compliance
and function lawfully under Public Law; and

152)    Whereas in 2013 Pope Francis issued his Motu Proprio which  became effective on
September 1, 2013, and that completely removes any immunity from any corporate officer or
employee from the Pope himself on down to the lowest clerk, so in spite of what some might say
or think, there is no longer under any immunity whatsoever from any wrongdoing by these
corporate officers, and those especially in charge of operations can and will be both criminally and
civilly held responsible for their actions or non-actions; and

153)    Whereby on September 24th of 2015 Pope Francis, as owner of this corporation/trust, did
place the "UNITED STATES. INC." into a Bankruptcy liquidation in the World Court at the
Hague and that bankruptcy just ended on November 5th, 2020 with a Final Liquidation, and the

"UNITED STATES, Inc." officially no longer exists, so anyone pretending to be President, or any other Officer, Franchise, Sub-Contractor, Employee or Agent of this now defunct corporation is out and out committing open Fraud in the Factum; and

154)   Whereby "the United States of America, Incorporated" was also entered into bankruptcy reorganization by its owners, the English Monarchy, at the World Court at the Hague, and that bankruptcy in still currently pending with its fate also hanging in the balance pending in reorganization while it is limited with what it can do, and now is under a military takeover due to the actual insurrection caused by all this Fraud; and

# The Latest Corporate Criminal Frauds

*The latest Corporate Fraud and Scandal of these Fictitious Corporate Entities is none other than the current so-called Covid-19 Plandemic/Scamdemic, and a total affront to the Freedom of Man and Freedom of Religion and in direct violation of their Oaths of Office and our Constitution for The united States of America (1787), and morally reprehensible, as these State and Corporate Actors actually created this set of problems in their Lab in Wuhan, China in furtherance of their quest to bring in a New World Order and further subjugate the population and People of this country to their every whim:*

155)   Whereas there has never been any actual evidence whatsoever of this alleged virus they are using as an excuse to deprive us Americans of our liberty and freedoms including our right to assemble and freedom of religion, as well as shutting down small businesses like restaurants and smaller retail businesses so that only the large, corporate-controlled business will survive so that the Globalists can profit off everyone else's misery; and

156)   Wherein this Incorporate de facto government has been paying the Doctors to certify a death as caused by Covid-19 when it is not, and the Hospitals are all being paid even more to claim most of the deaths that occur there  as being caused by Covid-19, when they are not, and one only has to check the death-rates on the Internet to see all this  as whereas the published death-rates are actually quite normal at any time of the year, even though their claims are that most have died from Covid-19 when in fact they have not, as the total death rate is no more than any other year, or what would normally be expected, and all this has been verified by data readily available on the Internet; and;

157)   Whereby even the mask requirements goes counter to their alleged purposes, in that wearing a mask can only deprive one of the oxygen they need to breath adequately, and with a mask all the bacterial, viral, or any other pathogens people have inhaled would be more apt to breed and multiply in this enclosed environment, while without a mask breathing freely would allow that man or woman to exhale and excrete toxins; and

158)   Wherein the world's oxygen level has already been reduced by burning off our rainforests and other vegetation that produce it as well as the use of 5G technology which actually breaks down and destroys the Oxygen atom, and is now at a mere 16% at sea level, reduced a full five percentage points in recent years by this practice in order to destroy life on this planet; and

159)   Whereby if you research the virology and genetic manipulation involved in the development and patenting and copyrighting of the "functional gain" that was the object of developing the so-called Covid-19 virus, it is apparent that the increase in infection rates was accomplished by using the same sequences that promote infection via HIV, which Doctor

Fauci lead in development throughout his career, as that had been his exact area of study and expertise; and

160)   Wherein it was the Gates Foundation, with Bill and Melinda signing on, with the help of George Soros, that actually funded this operation at the Wuhan Labs, as both believe the elderly are "useless eaters" and are very much in support of reducing the World's population by any means possible; and

161)   That the monsters among them took a Common Cold Virus and "souped it up" by adding fragments of HIV, to make it more infectious, and then, of course, any vaccine also has to have fragments of HIV in it, to sensitize the immune system of the victim, so by design this virus was created to inflict pain & suffering on an unsuspecting world population in opposition to all known law on the planet and these criminals must be prosecuted to the fullest extent of the law; and

162)   Whereby the craziness of vaccines is that you get injected with "dead" copies of a bacteria or virus to provoke an immune response that will then be ready to pounce on the real thing, however, as a virus is already dead so any vaccine for a virus is actually a pre-infection by a dummy copy of the same virus; and

163)   Wherein not only will many people naturally "test positive" for HIV after being vaccinated, there are other "goodies" built into this cocktail of poisons and gene fragments, and those are designed to interfere with the coding of proteins necessary to develop a healthy placenta, as well as their patented DNA altering ingredients that modify one's DNA so the manufactures can claim they've successfully modified the recipient's original DNA and now "own" your body for the rest of your life;  Now, you may be asking, as I am, how these clearly criminal Patents have been allowed, and why, exactly, are people like Anthony Fauci and Bill Gates still walking around? ... It's a great question, and one that deserves an immediate answer.; and

164)   Whereby the answer is that they are being protected by the United Nations Organization and the "U.N. CORP" --- those hypocrites who are supposed to be all about "peace", are instead waging war against their favorite targets --- babies and ignorant women; Just as it says in the Bible about the End Times, the United Nations is standing there saying, "peace, peace" but there is no peace, because these madmen are hypocrites as well as being greedy and criminally insane;  We Americans, and the American State Assemblies, have business with the "U.S." Patent and Trademark Office (USPTO) ---- Big Business,  nasty business, and it it's our right to pull the Patents and destroy these Corporations that have done this to profit themselves in violation of Public Law, and it's ours to punish the Patent Officials and Clerks and SERCO Agents responsible for this outrage against humanity, and the rest of the world has business to do as well; and

165)   That the tests for Covid-19 were never designed nor intended for any such viruses, and do not work at all unless replicated many times to magnify the effect, and whereby the "CDC" recommends a maximum of 33 replications to avoid false positives, this test is routinely replicated at least 40 times in the labs purposely designed to give a high percentage of false positives so they can claim and treat more people for this alleged Covid virus and pull even more money out of the government for these services … all at the expense of their victims; and

166)    That the Covid vaccines contain HIV, Anti-Freeze and many other toxic elements that can only harm an individual and make them sick with Declarant additionally being allergic to all such vaccines wherein even the common flu vaccine makes him very ill whereby he is ordinarily very healthy and maintains his Rights upon his own doctor's recommendation to refuse all such vaccinations and/or other medical treatments; and

167)    That in spite of all this evidence of wrongdoing, the "CDC", under Doctor Fauci's direction is attempting to mandate these unproven and dangerous vaccines rushed to market, which normally requires seven years to perfect,  without all the required testing of the 3rd stage just like the mad NAZI scientist he is; and

168)    All this in direct violation of the Nuremberg Decisions and Treaty of 1946 as signed off by all Nations, where all such activity and human experimentation was outlawed via International Treaty in Article 3, with Article 3.6 specifically from the Nuremberg Convention & Trials that followed the German atrocities of WW-II, specifically outlawing any and all such activity and making Doctor Fauci a War Criminal beyond all description relying upon obsoleted and overturned Supreme Court Decisions of over a hundred years ago prior to the NAZI's doing what they did to the Jews and others in Europe over 75 years ago, and as a Private American National on the Land Jurisdiction, there is no way any Corporate alleged Health Officials, lacking complete Lawful Authority with the Man or Woman's permission, can mandate their poisonous vaccines or other procedures onto or into any Private American National or their Family members; and

169)    Whereas a photo of Dr. Fauci with Bill Gate's wife, Melinda, and President Obama taken at the Wuhan Labs in China in 2015  proves there was a conspiracy to bring about this man-made epidemic onto mankind as far back as 2015, with Murals also being displayed in the Denver-Stapleton Airport showing the children of the world all wearing masks put up in 2014 during that same time period; and

170)    Whereas the "CDC" has officially published a list of all the known deaths from these COVID Vaccines on their own website that anyone can access on their "VAERS" page;  Therefore anyone can clearly see how much Death and other damage has been accumulating due to these untested so-called Vaccinations where anyone should readily know the truth about their agenda in not only bringing in death and destruction to the world's population, but in carving out a niche for themselves by the DNA altering ingredients placed therein which will alter a Man or a Woman's DNA in such a way as to make them even more controllable and subject to their evil designs; and

171)    That respondents are herein notified of the severe penalties for perpetuating a Fraud, in that it is a Violation of the California Government Code §8630 to call for an emergency when there isn't one, and the California Health Code §101080 where the Board of Supervisors are required to proclaim the termination of a local emergency at the earlies possible date wherein this Scamdemic has been continuing on for nearly a year now with absolutely no verified evidence of any real emergency;  Also in California there are laws that cover all this Fraud in the Penal Code §504 and California Penal Code §148.3 which makes it a crime for a person to make a false report of an emergency, and there are more in every single State of this Union, and there remains out there the constant violations of our Constitutional and unalienable Rights that are being committed each and every single day by the masses of Corporate personnel everywhere that don't really have a clue as to the real reason for this Plandemic; and

# Conclusions

*Declarant further and finally deposes his conclusions in law as follows:*

172)     Declarant, Kelvin Dewan Dudley, is a Constitutionally acknowledged and protected de jure, pre-1933 Private American State National on Missouri, and therefore a Constitutionally acknowledged and protected, de jure Private American State National of The United States of America (1787), Specially and Privately in Law on the Land of Missouri; and

173)     Therefore Declarant, Kelvin Dewan Dudley, holding the constitutionally-guaranteed and protected private rights to civilian due process of law on both the federal and state levels, as well as being unaffected by the wicked Emergency Banking Relief Act having imposed a martial due process by way of the amended "Trading With the Enemy Act" on any substantive, artificial "person" within the "United States" and deemed federal "booty of war", is as foreign by nature and by characteristics to the extra-constitutional, alien de facto "Emergency War Powers Corporate governments of the" STATE OF MISSOURI", as well as the extra-constitutional, alien de facto "Emergency War Powers Corporate Military Governments" of the other forty-nine (49) states, said extra-constitutional, alien de facto "Emergency War Powers Corporate Military Government" having been "temporarily" created by the Corporate "CONGRESS" [12 U.S.C. § 95(a)] and by the Corporate President, Franklin Delano Roosevelt's Presidential Proclamation 2040 on March 9, 1933, the most notable Jesuitical coup d'état, that great day of infamy and high treason against the Sovereign American People of The united States of America (1787), they having ordained and established the grand and glorious Protestant Constitution for The united States of America , with its Baptist, Calvinist inspired Bill of Rights for themselves and for their Posterity - of which Declarant is a beneficial interested member; and

174)    That any  action in any Court or other forum, undertaken against Declarant by respondents acting in their "STATE" or "FEDERAL" or "CORPORATE", or Public or Private capacity outside this Commercial Remedy, without a full rebuttal hereto with sufficient evidence in support thereof, results in a "TRESPASS" against the Rights of Declarant and the Agreement contained herein, and will result in an increase in the total amount of the eventual True Bill in Commerce plus a three-times (3x) Penalty added to the Sum Certain contained therein, and will continue to increase in that punitive amount (3x) for each additional "Trespass" or any "Conversion" of the subsequent Commercial True Bill  that is not timely paid within a Thirty (30) day period following "Default" – as either this Declaration must be fully rebutted with sufficient Evidence in Support, or the final enclosed Commercial True Bill must be timely paid in full with all accumulated penalties within 30 days of any "Default"; and

175)    That all Corporate actions taken against any Private American National "as" an alleged government action, is completely and utterly Fraudulent in nature as Corporations have absolutely no Sovereign Powers, nor do these Private American National People have any contracts with them whatsoever that would make them liable, and all such actions are therefore completely unlawful under the Law of the Land; and

176)    That this Declaration of Status of Kelvin Dewan Dudley, American Freeman and Private American State National of The united States of America (1787), supersedes any previous filing with any public office or said Declaration of Status; and

# Historical Review

*The Timeline of the Great Fraud and Additional Declaration of Law*

177)   1754-1776:  The "United Colonies" take shape as a loose political association, and the First and Second Continental Congresses results; and

178)   1776:  The Colonies declare their Independence; and

179)   1781:  The Articles of Confederation bind "States" --- political subdivisions of the United Colonies, together in a "perpetual union" creating a confederation of States to operate in the international Jurisdiction of the Sea.  [Why a "Confederation" instead of a "Federation"? --Because the original States gave up some of their natural jurisdiction to the new political entity, the Union, they created.]; and

180)   1783:  The Treaty of Paris and Treaty of Versailles cements this arrangement splitting the land and sea jurisdictions between the States and the Federal Union and places King George III as Trustee of American interests on the "High Seas and Navigable Inland Waterways" ---which means he kept control of American international commerce.  The new "Union" entity operating in the international Jurisdiction of the sea was always controlled by the British and it has always been the British Monarch's responsibility as International Trustee to manage it and guarantee its proper operation.  It has instead run amok for 150 years; and

181)   1787:  The Supreme Perfected Republican Declaration of the United Colonies creates the National Trust Indenture which bestowed the Continental United States with The Constitution <u>for</u> The United States of America (1787); and

182)   1789:  Two years later, "the "Constitution <u>of</u> The United States of America" splits off the sea jurisdiction and creates the new Federal United States;  A year later (1790) the Federal United States forms a commercial company doing business as the United States (Commercial Company) to provide the nineteen enumerated services agreed to by the subscribing States with its own Constitution; and

183)   1812-1814:  The British try to horn in again and are beaten back. This skirmish results in the Treaty of Ghent, where the British interests in American shipping and commerce are reaffirmed and lasting peace is promised in return; and

184)   1815-1816:  The Congress of Vienna conspiracy with the Vatican takes place; and

185)   1822:  The Secret Treaty of Verona by the Vatican conspires; and

186)   1845:  The British Monarch and Pope secretly agree to undermine the American System of government via the Treaty of Verona;  The British Monarch breaches the Treaty of Ghent and both the Pope and the King secretly breach their trust as International Trustees;  They set out on a covert action and issued Letters of Marque and Reprisal to the members of the "BAR" Associations, allowing them to act as Foreign Agents on American soil and as privateers free to plunder American commerce; and

187)   1860:  Thanks to the efforts of the "BAR" Associations, a member of the "BAR", Abraham Lincoln, is elected to serve as President of "the UNITED STATES";  Note that he is ineligible

serve as President of The United States of America (1787), by the Titles of Nobility Amendment, the 13th to the actual Constitution ratified in 1819 -- but he was eligible to serve as President of the United States (a Commercial Company);  This is the same situation we have with Barack Obama who is ineligible to serve as President of the United States of America, but was able to serve as President of the "UNITED STATES", Incorporated, which he did; and

188)   1861:  The Civil War begins.  Congress adjourns for lack of quorum and without a date to reconvene.  Lincoln organizes a Delaware Corporation for "the UNITED STATES" and the remaining members of Congress begin functioning as a Board of Directors; and

189)   1862:  The "Corporate Congress" -- a body of men no different than the Board of Directors of IBM, change the meaning of a single word -- only and explicitly for use within their corporation.  That word is "person";  From then on the word "person" is deemed to mean a "corporation" for federal government purposes. (37th "Congress" -- Second Session, Chapter 49, Section 68) and;

190)   1863:  Lincoln signs the Lieber Code as Commander in Chief and puts the Union Army, the Grand Army of the Republic, in charge of the nation's future and money supply;  A day later, he bankrupts the original United States (Commercial Company);

191)   1865:  Lee's Army surrenders to Grant and a general armistice is declared. The Southern States are in ruins and under military occupation by the Union.  The original Northern States are bankrupt.  Foreign banks are in control of the new "United States of America, Inc." and the Union Army reigns supreme. Over the next two years, President Andrew Johnson three times publicly declares peace on the land jurisdiction of the Continental United States, but peace was never declared in the international Jurisdiction of the Sea controlled by the Federal United States under the trusteeship of the British Monarch; and

192)   1868:  The Corporate Congress writes itself a new Corporate Constitution, called "the Constitution of the United States of America (1868)" and palms off this look-alike, sound-alike private corporate document "as if" it was the actual Constitution;  This is fraud on many levels;  The Constitution of the United States of America (1868) purposefully sought to confuse and delude people into thinking it was the actual Equity Contract obligating the States to receive services and subrogate their international jurisdiction to the federal government; and

193)   1871:  The Corporate Congress begins to set up shop for itself by creating a separate government for the District of Columbia in the Act of 1871;  The initial effort fails but seven years later the Washington DC Municipality is created as an independent international city-state run as a plenary oligarchy by the members of "Congress";  Also in 1871, the Corporate Congress claimed to own all United States Corporations -- 41st "Congress"-- Third Session, Chapters 62, 63, 64, and 65; and

194)   1874-1885:  All the actual States on the land are reorganized and at the same time completely new "Federal States" are created and new "State Constitutions" are written for them;  The original States on the land are renamed in this process.  The original State of Ohio operating the land jurisdiction of Ohio became the Ohio State, while the usurping "Federal State" -- merely a corporate franchise of the United States of America, Inc. operating in the international Jurisdiction of the Sea---took over the name "State of Ohio"; and

195)    1900-1904: Still lusting after more power for itself, the Corporate Congress set up a second shop for itself and obtained permission to do it from the Supreme Court in a series of cases known as The Insular Tariff Cases;  As with setting up the Washington DC Municipality as a foreign city-state on our shores and running it as their own little oligarchy, the "Congress" now took the "federal territories and possessions" and made a new "union" of "American states" -- Puerto Rico, Guam, et alia---and began calling it "the United States of America (Minor)".  They just forgot to add the (Minor) part of the name from then on, and let people assume that all the repugnant laws they passed governing this "Constitutional Democracy" also applied to the Continental United States; and

196)    1912-1913: A private association of European and American banks calling themselves "The Federal Reserve" bought the governmental services corporation known as "The United States of America, Inc." and its "State" franchises as a business venture and began operating such familiar agencies as The United States Department of Agriculture and The United States Department of Transportation as private, for-profit businesses -- without telling anyone; They exercised the "government powers" they didn't really possess in a vast fraud scheme in collusion with members of "Congress" to institute a fiat monetary system and misused their position of trust to put competitors out of business, set up monopolies, rig commodity markets, and commit other acts of blatant self-interested criminality and fraud; and

197)    1917: Engaging in a war for profit, Congress and their Banker Bosses passed the War Powers Act and the Trading With the Enemy Act, and numerous other illegal and repugnant "Acts" pertaining only to the Federal United States and the international Jurisdiction of the Sea, but presented them to the public as if this claptrap pertained to the actual States and People on the land of the Continental United States;  Deceived by this venal and purposeful fraud, millions of Americans complied with what they believed to be the "Law" passed by a legitimate Congress acting as deputies of the States and the People; and

198)    1918-1933: Once in control of the monetary system the "Federal Reserve" increased the monetary supply exponentially, first causing the "Roaring Twenties";  They built the house of cards and on October 29, 1933, they collapsed it---deliberately;  This enabled them to put thousands of competitors out of business, allowed them to buy commodities, land, and labor for dir2t cheap, and to manipulate the value of the dollar to their benefit; and

199)    1933-1940: The banks took full advantage of the "national emergency" that they created and the Congress did everything the bankers required;  The Sheppard-Towner Act, the Buck Act, the Alien Registration Act, the Social Security Act(s), the Emergency Banking Act, and more;  The purpose of all this was to lay claim to the labor and the assets of the States and People of the Continental United States by securing "private contracts" with them, enabling the perpetrators to "represent them" and to set up corporations "in their names";  Hundreds of millions of Americans were told that they "had to" sign up for Social Security and have a Social Security Number in order to have a job, that it was "the Law" and that "Congress had passed it" and so, believing it to be a lawful government mandate — when in fact it was a corporate fraud scheme--- they were subscribed in masse; and

200)    Remembering now the actions of the Corporate Congress in 1862 redefining the word "person" to mean "corporation" for federal purposes, and their later claim made in 1871 to hold ownership interest in all United States corporations and seeing that their actions from 1933 to 1940 resulted in redefining the estates of living Americans as public trusts---that is, as a form of

corporation -- you can see that the "Corporate Congress" has claimed to own living Americans as assets belonging to their corporation and has also claimed to control and own their private assets - in flagrant violation of the Geneva Convention Protocols Volume II, Article 3, and in equally flagrant violation of the 1926 International Conventions on Slavery, and in violation of every lawful and moral duty, commercial contract, and trust indenture owed to the Continental United States and the American People; and

201)   It is also apparent that all of this – every claim, every salvage lien, every title to land and property held under color of law — being held against the Continental United States and the living civilian inhabitants of the Continental United States, is pure, self-interested commercial fraud created and perpetuated under conditions of semantic deceit, constructive fraud, misrepresentation, and mischaracterization by the management of the Federal United States, the various governmental services corporations doing business as some form of "United States" and the British Government; and

202)   1940-present:  Among the first actions to be taken by the criminals was to "register" all live births. This established a claim of ownership on the baby and his or her estate, benefiting the State of "STATE" or other Federal State of State franchises;  This act of identity theft exercised via an undisclosed and forced contract with the Mother of the child, allowed each "State" franchise to control the name and the property of the baby;  The perpetrators promptly set up new "State franchises" under these "NAMES" benefiting themselves using names styled like this: "Joseph Q Public" and new "Municipal franchises" set up under the auspices of the Washington "D.C." Municipality using "NAMES" styled like this: "JOHN QUINCY PUBLIC" etc; and

203)   The only purpose for creating these franchises structured as various kinds of trusts -- was to act as a means for the privately owned governmental services corporations to hypothecate debt against the labor of the living people and their private property assets and to exercise control over them amounting to slavery; and.

# Declaration of Law

204)   The instigators kidnapped and press-ganged the people and the land assets of the Continental United States by force, fraud, and deceit into the foreign international Jurisdiction of the Sea;  Our own employees did this while taking a paycheck from our hand;  They cannot claim that they were "at war" with us;  They were merely criminals committing fraud against their benefactors and employers; and

205)   The members of "Congress" stand notified that they do not represent the Continental United States nor the People of the Continental United States;  They have not occupied their lawful public office and have acted instead to occupy private "similarly named" corporate offices at both the "federal" and the "state" levels;  They have no public capacity whatsoever and no valid contract obligating any American State Citizen to obey any law, code, treaty, regulation or other legislation promoted as an "Act" of "Congress" in while failing to occupy public office and failing to act as responsible fiduciary officers; and

206)   The members of "Congress" stand further notified that they and the corporations they represent have no Lawful contract with any individual American State National born on the land of the Continental United States and that all claims, liens, titles and presumptions against the living

people and their assets on the land stand null and void ab initio for fraud, all the way back to April of 1862; and

207)   The members of "Congress" stand further notified that as presently constituted and operating, they have no public authority related to the Continental United States and exercise only the power any corporate entity has, so long as it acts lawfully and within its charter -- which is to say, the authority to organize their actual employees, set standards for behavior within their own corporation, and perform the functions stipulated by their charters and law-abiding commercial contracts; and

208)   The Governors of the Federal "State" franchises are similarly notified and placed under Public Lien, required to release all color of law titles and liens registered under conditions of fraud against Continental United States assets; and

209)   The Joint Chiefs of Staff stand notified that they are obligated under the Geneva Convention Protocols of 1949 as well as The Constitution for The united States of America (1787) to come to the aid and assistance of the civilian populace of the Continental United States and to protect the civilian population and its assets at all costs and to prosecute those who have willingly violated Volume II, Article 3, of the Geneva Convention Protocols seeking to change the birthright citizenship and nationality of American State Nationals of the Continental United States by fraud, force, and coercion; and

210)   The Joint Chiefs are also under obligation to return all civilian property unharmed and unencumbered to the rightful civilian owners, to remove all color of law titles and false liens against the labor and other private property assets of American State Nationals rightfully belonging to the land jurisdiction of the Continental United States; and

211)   The Joint Chiefs are fully and hereby notified that no commercial corporation on earth has the lawful ability to declare war and that the actions engaged in by the "Congress" and the "President" are merely the actions of a private corporation engaged in police actions and mercenary activities that must be closely scrutinized for conformance to international military law and with due respect for the actual Constitution for The united States of America (1787) and the citizenry of the Continental United States; and

212)   The Secretary of the Treasury and the "INTERNAL REVENUE SERVICE" are under Public Lien and demand to unblock all civilian public trust accounts and make available the entire balance of the National Credit (an amount equal to the National Debt, plus principle and interest) for the use and investment of individual Americans without constraint, excuse, or further obfuscation. This Public Declaration establishes irrevocable lien upon the assets of the United States Treasury and the International Monetary Fund and all subsidiaries and successors of the former Federal Reserve System and upon all Federal State franchises; and

213)   The Secretary General and General Secretary of the United Nations are both Notified and Given Fair Warning and Notice that the "FEDERAL RESERVE" and "the UNITED STATES OF AMERICA", two corporations recently organized under the auspices of the United Nations City State by the "UNITED NATIONS, INC." are already in Breach of their Charters and acting as criminal syndicates on the shores of the Continental United States, willfully seeking to defraud the living inhabitants of these peaceful States, and to exercise unlawful control over the citizenry and their assets; and

214)    The North American Water and Power Alliance is under Public Lien and is herein identified as the recipient of purloined credit owed to the Continental United States and the Citizenry thereof, due and owing, and is under demand to unblock all individual Capital Credit accounts for the use of the American State Nationals who have been systematically defrauded and indebted resulting in the establishment of these credit accounts in their "NAMES" but retained in the control of local utility companies and the "NAWP"; and

215)    All fraudulent convertible debt resulting from the semantic deceits and misuse of deceptively similar names applied to people and legal fiction entities is recognized as embezzlement of credit, willful identity theft, inland piracy, currency manipulation, obstruction of bankruptcy, and as unlawful restraint of trade accomplished by personage and enforced by barratry by the perpetrators of these schemes whether foreign or domestic; and

216)    The Continental United States retains the right to prosecute claims against any and all legal fiction entities and living people responsible, the right to void all contracts in default, all titles held under color of law, all actions undertaken under conditions of semantic deceit or constructive fraud, all self-interested claims of "foreign immunity", all restraint of trade or Natural rights owed the citizenry of the Continental United States, and all encroachment on its jurisdiction; and

217)    That all these Corporations that are acting in any capacity unlawfully will be liquidated upon documenting that unlawful activity and having their Corporate Charters revoked and tore up with their assets seized, as Corporations are simply not allowed to operate outside the actual Public Law as enforced by our State Jural Assemblies, as this unlawful activity cannot continue to exist in a Free Nation where the victims of this criminal activity are the People and Inhabitants thereof, and "FICTITOUS" Corporations are simply not allowed to operate outside the Law; and

# Legal Notices

*For any man or woman acting in any government capacity, to whom this Declaration of Status is presented, or is attempting or compelling a martial due process upon Declarant, or other unlawful legislative acts which do NOT name the Declarant or sovereign living men or women under their own lawful Name as being the "persons" liable:*

218)    Any man or woman acting in any government capacity, to whom this Declaration of Status is presented, or is attempting, or compelling a martial due process upon Declarant, or other unlawful legislative acts which do not name the Declarant or sovereign living men or women as being the "*persons*" to whom those statutes apply, who is acting on the unproven assumption or presumption that Declarant is subject to the "Trading With the Enemy Act", must rebut this Declaration with firsthand knowledge of all the facts asserted herein, with sufficient evidence in support of that rebuttal, sworn before a Notary Public, and demonstrate a valid Delegation of Authority from a duly elected or civil authority;   Said party must rebut each and every point separately with the rebutting party's own signature and endorsement Notarized, on their own firsthand knowledge, under the penalty of perjury, and willing to testify, executing a true, correct, and complete affidavit with positive, verifiable proof attached; and

219)    Absent positive proof, any rebuttal shall be deemed null and void having no force or effect, thereby waiving any of said (presumed) government agent's (previously alleged) immunities or defenses, also remembering that all immunity was removed from all active de facto government officials and employees, from the President on down, effective September 1, 2013, via "Motu Proprio" from Pope Francis, and that this edict applies to all corporate officers, employees, agents,

and actors of any federal or state corporate military government; and

220)    Any rebuttal, with evidence in support of that rebuttal, shall be delivered to Declarant, exactly as addressed herein by verifiable means, within thirty (30) days of said party's receipt hereof;  When a rebuttal with evidence in support is not received by Declarant within thirty calendar days, the entire Declaration is fully tacitly admitted and "DEFAULT" provisions shall be carried out; and

221)    Acquiescence means "A person's tacit or passive acceptance or admission with implied consent to act" as "Silence can only be equated with Fraud when there is a legal or moral duty to speak or where any inquiry left unanswered would be intentionally misleading." [U.S. v Pruden, 424 F.2d 1021 (1970)];  and "A Declaration if not contested in a timely manner, is considered undisputed facts as a matter of law." [Morris v NCR, 44 SW2d, 433], and a Declaration not rebutted after thirty (30) days becomes the Final Judgment in Commerce [Commercial Maxims]; and

# Default Provisions

*Non-responding government agent further accepts, agrees, and consents by his/her tacit consent that upon Default or Dishonor of this Declaration and Administrative Notice that this is clear and convincing evidence and proof of the facts asserted herein, including all the following:*

222)    That Declarant is a Private American State  National  of The United States of America (1787), an American Freeman, and are one of the sovereign People of the posterity "We the People" who created government, and not subject to any State Legislatures or the Incorporated National Congresses; and

223)    That the agency record shows the Declarant is not the "person" named in the subject Statutes, Codes, Rules or Regulations, and that Declarant is not a Trust, Corporation-sole, or any other type of artificial entity, or "LEGAL FICTION", as named in the Statutes and Codes as "persons" subject thereto, and that Statutes and Codes only apply to artificial entities, and not living men; and

224)    That Declarant, Kelvin Dewan Dudley, is not a Trustee or Surety for the government-created artificial entity known and identified as "KELVIN DEWAN DUDLEY", "KELVIN D. DUDLEY", "KELVIN DUDLEY",  "Kelvin D. Dudley". or any other like variations thereof; and

225)    That Declarant is fully entitled to all his State and Federal Constitutional Rights, including, but not limited to, actual due process of law as guaranteed by The Constitution for The united States of America (1787) and the Bill of Rights (1791), and that the only due process available in the Courts today is a military/martial due process suitable only for artificial entities as described herein, and also an actual lawful Grand Jury indictment based only upon sworn affidavits by an actual injured party, as well as a Trial by Jury, as all the other Rights as secured by said Constitution; and

226)    That this Declaration shall be used as first party evidence or positive proof in any remedy sought by Declarant; and

227)     That said de facto government agent herein shall discharge any and all alleged debt(s) owed by Declarant's Cestui Que Vie Trust(s), and that all relationships between his agency and Declarant are null & void, admitting that they filed simulated process in the public record; and

228)     That said de facto government agent has abandoned the right of any alleged waiver or estoppel by their Default herein, and that this also applies to all of agent's successors, assigns, or nominees, that they are all estopped henceforth from any action against any of Declarant's Rights or property; and

229)     That said de facto government agent has attempted to obtain funds from Declarant and/or force specific performance from him through means of extortion and/or threat, duress, and/or coercion; and

230)     That all de facto government agents are operating in a trust capacity with respect to their office and the People they serve, and that they have breached the oral trust relationship as well as any express or constructive trust by disloyalty, and the "BAR" member's have all violated the Treaties that allow them to even live in our country or our land and soil; and

231)     That said de facto government agent and agent's directors, waives all immunities and defenses regarding any future actions sought by Declarant, and the agent, his/her successors, assigns, or nominees, all agree that they are estopped henceforth from any action against any of Declarant's Rights or property; and

232)     That said de facto government agent obligates and guarantees his/her current or future Bond(s) to discharge any allegations of debt owed to Declarant, and that each point in this Declaration shall constitute a single claim against said government agent's Bond(s) for each and every point not directly rebutted by said agent; and

233)     That said de facto government agent(s) shall release on demand and without delay or referral, and without question, obfuscation, hesitation, or measure, any and all information, private or otherwise, to Declarant about any of said government agent's, or agent's representatives, Employee Dishonesty Bonds, Directors and Officer's Policy Bonds, or any other liability Bond(s), including the insurance or bond company name, bond company information, bond enforcement information, or any other of said government agent's Bond information with enough reserves not held elsewhere that Declarant requests; and

234)     That said de facto government agent hereby obligates and guarantees his/her Bond(s) to secure the performance of non-rebuttal of this Declaration to Declarant for any unfaithful performance of fiduciary duties, financial loss, or damages sustained by Declarant in connection to any breach of contract of this Declaration, wherein any amount is not limited by the value of any property or costs incurred by Declarant in seeking remedy for said government agent's breach; and

235)     That said de facto government agent agrees that once, or if, his/her Bond(s) expire, terminate, or do not equal the total amount due Declarant, his/her Directors, and any of his/her agents and representatives/shall become jointly and severally liable for any difference due Declarant; and

# Points & Authorities in Support

Originally Researched by Vatican Counsel & Judge Anna Von-Reitz of Alaska
and later Updated and complied by Original Author, Ronald Edward Kelly

236)   Fourth Century, 321 AD - Emperor Constantine of Rome first adopts the "Church" at the Council of Nicea; and

237)   Treaties with St. Boniface and Treaties between the Holy See and King Pepin the Sort of Franks. Pepin delivered and defended the Papal states of the Holy See, confirming the "temporal powers" of Rome and laying the groundwork for his son, Charlemagne, to create the First Holy Roman Empire; (751-800 AD); and

238)   Charter of the First Holy Roman Empire, 800 AD; and

239)   King John of England breaks with the Roman Catholic Church, 1209; Edict of Excommunication of John of England; and

240)   Treaty of King John of England, Cede to Innocent III, 1213 AD when John agrees that England and Ireland are both "fiefs" of Rome, and that his own crown will be forfeited to Rome if he breaks his own sworn agreement favoring the Pope; and

241)   Magna Carta, 1215 AD In signing the Magna Carta King John silently invoked the 1213 Papal agreement relinquishing his crown to the Pope; Thereafter, all lands explored and claimed in behalf of Catholic Monarchs and including the British Monarch as a vassal of Rome, were in fact first and wholly claimed in behalf of the Holy See, which returned a portion of the profit to the vassal monarchs in the form of "jurisdictions"; The Holy See retained the Global jurisdiction of the air, granted jurisdiction of the land to temporal authorities (recognized monarchs), and granted the international jurisdiction of the sea to the British Crown Temple to be administered under the ancient Law of the Sea (international admiralty and the Law Merchant (now the Uniform Commercial Code)); and

242)   The Confirmatio Cartarum, 1294 - an agreement between King Edward and Pope Innocence which confirmed the Magna Carta as the common law of England; and

243)   Charter(s) of the Global Estate Trust (1455,1456,1479, and 1492 et alia) by Papal Bulls, especially the Inter Ceatera of May 3rd and 4th, 1493, by Pope Alexander VI; and

244)   "The Privilege and Prerogatives Granted by Their Catholic Majesties to Christopher Columbus", April 30,1492; and

245)   The Protestant Reformation (1517 - 1648) & The Great American Awakening (1738 - 1750); and

246)   European Treaties bearing on the History of the United States and its Dependencies to 1648, Frances Gardiner Davenport, editor, Carnegie Institution of Washington, 1917, Washington DC, especially pp. 75-78; and

247)   "The First Charter of Virginia", April 10, 1606; and

248) "The Second Charter of Virginia", May 23, 1609; and

249) "The Third Charter of Virginia", March 12, 1611; and

250) "The Charter of New England", 1620;  Then it becomes obvious from the above that all these E(states) were formed as commercial ventures under the auspices of Monarchies owing fealty to the Holy See; and

251) "Cestui Que Vie Act of 1666";  Sets forth the nature and construction of Roman Inferior Trusts in England to allow state management of property belonging to unknown survivors of the Black Death and the Fire of London; and

252) "Charter for the Province of Pennsylvania -1681";   More proof of the commercial and non-religious nature of the founding principles that the Holy See employs in managing its temporal affairs and providing government services; and

253) "Charter of the Corporation of the Bank of England, 1694"; and

254) The Revolutionary War - (1776-1780); and

255) The Articles of Confederation, 1781; and

256) The Treaty(ies) of Paris, plus Amends, 1784-90; and

257) The Northwest Ordinance, 1787; and

258) The Treaty of Westminster, 1794;   A "Treaty of Amity, Commerce, and Navigation" between HIS BRITANNIC MAJESTY AND THE UNITED STATES OF AMERICA, November 19, 1794, in which the British Crown commercial company and the American version agreed to peace in perpetuity; and

259) The Constitution for The United States of America, 1787 & The Bill of Rights, 1791; and

260) Act of February 20, 1792; Establishing a General Post Office for the United States government, in addition to the already existing general post office; and

261) 2 Stat § 153 enacted by the U.S. Congress, legislating positive law requirements for creating a "U.S. citizen" (1802); and

262) The failure of the Congress to renew the 20-year Charter of the U.S. Bank, **and** the eminent passage of the Original 13th Amendment, precipitated the War of 1812;  Not only were the British-controlled Banks being eliminated, but also the Crown Temple controlled Attorneys with their Title of Nobility of Esquire being banned from Office and control; and

263) U.S. v Bevans, 16 U.S. 336, 1818;  Establishes two separate jurisdictions within the United States of America:  l) The "federal zone", and  2) "the Several (50) States"; and

264) The Treat of Ghent, 1814; and

265)     The Congress of Vienna, 1814-1815;  The early plotting by Vatican and Eastern European Bankers and sympathizers to undermine American Independence and Freedoms; and

266)     The Secret Treaty of Verona, 1822, American Diplomatic Code, 1778-1884, vol. 2; Elliott, p. 179 and the "CONGRESSIONAL RECORD – SENATE, 64th CONGRESS, 1st SESSION, VOLUME 53, PART 7, Page 6781", April 25, 1916, in which the Higher Contracting Powers agreed to undermine the American government; and

267)     The Original 13th Amendment (1819), which barred Titles of Nobility - such as Esquire, and prohibited them from holding any public office, was ratified by 3/4 of the States when Virginia joined into the ratification process in 1819, after the War of 1812; and

268)     "Bankruptcy Law (of England)", 1826; and

269)     "First Bank Act (America)", 1863 - the American counterpart of the English Bankruptcy Law; and

270)     President Andrew Jackson ran his campaign on the motto of "Cast those Vipers Out", referring, of course, to the heavily British influenced 2nd U.S. Bank;  The Congress, once again, then refused to renew their twenty-year charter; and

271)     The Lieber Code, also known as General Order 100, April 24, 1863, by President Abraham Lincoln as Commander-in-Chief, making the Union Army responsible for proper treatment of the Southern States and their inhabitants during reconstruction;  The Lieber Code requires the Army - or in modem terms, the Department of Defense, to pay reparations to all non-combatant civilians harmed;  This Code has never been repealed or changed;  It is the reason that we continue to have "Secretary Generals", "Postmaster Generals", "Attorney Generals", "Inspector Generals", and "Lieutenant Governors"; and

272)     The Reform Act of 1867 (Britain) - First use of enfranchisement as a political tool to undermine legal standing of living men under the British Chancellor or the Exchequer, Benjamin Disraeli; and

## Under the "CORPORATE U.S. CONGRESS"

273)     The Reconstruction Act of 1867 - American counterpart; and

274)     "the United States of America, Incorporated" (1868) became a commercial corporation for profit as later chartered in France in 1871 by the International Monetary Fund ("IMF"), an agency of the "UNITED NATIONS" which was chartered by the Vatican; and

275)     "The Constitution of the United States of America", (1868) -- established by the Corporate "U.S. CONGRESS" acting as Board of Directors to form the United States of America, Incorporated as a Trust Management Organization to operate both the Municipal government of the United States of America (Minor) and to administer and fulfill the National Trust Indenture and service contracts owed the now - 50 States known as The United States of America (Major); and

276)    The Act of 1871 - Formally incorporated the Municipal (city-state) government of the District of Columbia as a separate nation operated according to its own government and code; and

277)    U.S. v Anthony, 24 Fed. 829 (1873);  "The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress";  Through the judge fails to fully admit the circumstance, "U.S. citizenship" was created as an excuse for the government to claim ownership of all the slaves supposedly freed by the Civil War as chattel backing Union war debts;  And to this day, black Americans have only "Civil Rights"; and

278)    Merriam's Estate, 36 NE 505,506, 22;  "... the United States is to be regarded as a body politic and corporate;  It is suggested that the United States is to be regarded as a domestic corporation, so far as the State of New York is concerned;  We think this contention has no support in reason or authority;  The United States is a foreign corporation in relation to a State "; and

279)    U.S. v Cruikshank, 92 U.S. 542, 23 L.Ed 588, (1875);  "There is in our political system [two governments], a government of the Several [50] States, and a government of the United States;  Each is distinct from the other and has citizens of its own;  A person may be a citizen of the United States, and of a State, and as such have different rights"; and

280)    United States v Germane, 99 U.S. 508 (1879);  Norton v Shelby County, 118 U.S. 425, 441, 6 S.Ct. 1121 (1866), etc. dating to Pope v Commissioner, 138 F.2d 1006, 1009 (6th Cir. 1943); where the state is concerned, the most recent corresponding decision was State v Pinckney, 276 N.W. 2D 433, 436 (Iowa 1979);  All these are supporting case law establishing res judicata regarding the nature of The United States (original TMO) and a State (one of the "Several States" of the Union) as first expressed in the Merriam's Estate case cited above; and

281)    Title 8 U.S.C. §§ 1101(a), (3), (2l) and (22) and Public Law, 15 U.S. Stat. Chapter 249, pps. 223-224;  Under Federal Code (the internal "law" of the United States of America, Inc. there is absolute distinction between "U.S. citizens" and "American Nationals", who have the Right of expatriation; and

282)    The Insular Tariff Cases, U.S. Supreme Court, 1900-1904 - A series of U.S. Supreme Court cases that resulted in allowing Congress to operate "the United States of America (Minor) - D.C., Guam, Puerto Rico, et alia - as separate and foreign nation states without regard for the requirements imposed by The Constitution for The united States of America (1787 - Major);  From one of the cases, Downes v Bidwell, 182 U.S. 244 (1901), we quote Justice Marshall Harlan writing in dissent: "two national government, independently of that instrument, by exercising such powers as other nations of earth are accustomed to ... a radical and mischievous change in our system of government will result;  We will, in that event, pass from the era of constitutional liberty guarded and protected by a written constitution into an era of legislative absolutism;  It will be an evil day for American liberty if the theory of a government outside the supreme law of the land finds lodgment in our constitutional jurisprudence"; and

283)    Charter of TheCorporation Trust Company of America, 1907 A.D; and

284)    The Federal Reserve Act, 1913;  Allows a private for-profit banking association doing business under the purposefully deceitful name of "Federal Reserve" to commandeer the national monetary and economic systems, allowing these banks to print money and back only a small

"fractional" portion of it with gold or silver;  Later, they will be allowed to back the money with nothing at all but the promises of the U.S. Congress; and

285)     Hendrick v Maryland S.C. Reporter's Rd. 610-625, (1914);  "A "U.S. citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states";   This "power of the Congress" to rule over the people of the District of Columbia and the insular states was used as an excuse to impose Driver's Licenses on "U.S. citizens" living outside the confines of the United States (Minor) and misapplied to Citizens of The united States of America (Major) -- so-called "State Citizens" who were entrapped into contract by a process of mis-administration and legal presumption;  This applies to the myriad of "licenses" and "codes' that have been misapplied to the American People under undisclosed, misrepresented, and otherwise invalid private contracts; and

286)     Trading with the Enemy Act, [Public Law No. 65-91 (40 Stat. L. 411)], October 6, 1917, defines non-combatant American civilian Nationals and their States as "enemies" of the United States of America (Minor);  This Act originally excluded citizens of the United States, but in the Act of March 9, 1933, Section 2 amended this to include "any person (which is defined as a Corporation) within the United States or any place subject to the jurisdiction thereof";  This has been used as a self-serving and transparent excuse to commit Fraud and violence against Americans who never recognized any such "state of war" existed between themselves or their States and the United States of America (Minor), and who were instead already owed full fiduciary care under commercial equity contract (The Constitution for The united States of America (Major)), reparations under the Lieber Code, and trusteeship from the Global Estate Trust; and

287)     The Maternity Act/Sheppard-Towner Act, 1921 - first foray into socialized medicine and "registration" of live births …. All ruled unconstitutional by the U.S. Supreme Court during the 20's, and placed into other Bills & Acts in pieces later on; and

288)     Title 26 C.F.R. Ch.1 § 1.141, et seq. - This is the Regulation which completely exposes U.S. Finances, and how they use the Birth Certificates as a Document of Title to back the U.S. Treasury Bonds, which are pledged to the Federal Reserve for their deficit-spending;  One MUST carefully look-up each and every Definition given therein, in the multitude of other Volumes, to fully understand the text they are reading, as they apparently really didn't want anyone figuring this out; and

289)     Minutes of the Geneva Convention(s), May 1930;  Declares international bankruptcy via treaties between G5 nations;  "the United States of America, Inc." was bankrupted internationally along with the Trust Management Organizations of four European nations including Great Britain, which caused a domino effect worldwide bankruptcy;   Please note that the real property assets held by each national trust - the land, vegetation, animals, natural resources, etc. - are held in perpetual trust and are required to be unaffected by the ups and downs of any Trust Management Organization charged as Trustees to administer business affairs in behalf of the beneficiaries, who are the living people who inhabit each country; and

290)     Amended Charter renaming the above as The Corporation Trust Company, April 14, 1930; and

291)   Executive Order 6073 issued on March 10,1933, created the "bank holiday" and closed the doors of the bankrupt government-chartered banks (they were bankrupted as a whole because they operated under government charter, and because of the Great Fraud committed by the Governors of the several states, not because they were individually bankrupt); and

292)   Executive Order 6102 issued on April 5,1933, prohibited "hoarding" gold and required people to turn it (their private property) into the Federal Reserve Banks (the creditors) under the false and <u>undisclosed presumption</u> that they were volunteering to stand as sureties for the debts of the United States of America, Incorporated; and

293)   Executive Order 6111 issued on April 20,1933, prohibited people from exporting gold; The creditors (banks) claimed that all the gold in private hands in the Several (now 50) States no longer belonged to the State Citizens and other Inhabitants, as a result of having been pledged by corporate officers of the privately owned and operated Untied States of America, Inc. acting deceitfully named State "Governors" so confiscation of privately held American gold resources was instituted under conditions of false pretense and semantic deceit by officers of a bankrupted privately owned and operated Trust management Organization and their creditors, privately owned and operated international banks - the World Bank (now "IMF"), "IBRD", and Federal Reserve; and

294)   Charges Against Board of Governors of the Federal Reserve Bank System, the Comptroller of the Currency and Secretary of the United States Treasury brought by Congressman Louis T. McFadden, May 23, 1933, Co-Chair of the House Banking Committee, U.S. Congressional Record, pps. 4055-4058; and

295)   House Joint Resolution 192, 73rd Congress, First Session, principally prior enrolled as Public Law, U.S. Statutes at Large, Vol. l, Public Acts, 3rd Congress, 2nd Session, Chapter 48, especially 48.48.112, and later codified as Public Law 73-10:  This is the commercial remedy that they were required to create to make their confiscation of private gold and hypothecated titles to private land and business holdings "legal";   This remedy like the underlying surreptitious hypothecation of debt and claims against private property made by the officers of the United States of America, Inc. against the American Nationals was never widely circulated or disclosed for obvious reasons;  Unaware of how they'd been injured and abused by those obligated to act as their Trustees, the inhabitants of the land were equally unable to access this remedy, which was for the government corporation to literally pre-pay all debts owed by the foreign situs trusts created to stand as sureties of the United States of America, Inc;  Like irresponsible teenagers promising to make the payments on a car, the U.S. Congress "resolved" to pay its debts in such a way that the secondaries - the presumed-co-signers on their loans, the foreign situs trusts they named after American Nationals - would never default, and in theory, the living American Nationals would never be dunned or otherwise impacted by their fraudulent semantic deceits and false claims;  In actual practice, the voucher and coupon system which should have been ubiquitously implemented never was, and the Internal Revenue Service, the agency responsible for both collecting taxes and dispensing credit owed individual accounts, was split into two distinct and separate entities, the Internal Revenue Service operated by the Federal Reserve and the "IRS" operated by the International Monetary Fund, which colluded to confuse and defraud the living people, billing them "as if" they owed the tax bills, and forcing them to pay the debts of the make-believe foreign situs trusts operated under their names using "fictional citizens" of the United States of America (Minor) but left the American Nationals even further in debt as a result of interest and service fees and import duties charged by the same banks; and

296)   U.S. Bankruptcy Act of 1933, especially Section 101 (11) - Declares the American People as the Creditors, the "United States" as the obligator, or Debtor;   This established that the signatures of Americans were to be used as credit, but the "State" franchises of the United States of America, Inc., dba "United States", "State of ", etc., Missouri and their Trustees, dba Secretary of the Treasury of Puerto Rico, Custodian of Alien Property, Comptroller of the Currency, etc., were to discharge all debts; and

297)   Title 28 U.S.C. Ch.176, Federal Debt Collection Procedure - places all courts formerly operated by the United States of America, Inc. in equity and commerce venues under the International Monetary Fund, that is, in receivership and acting as corporate tribunals of the "IMF", including "STATE" franchise courts; and

298)   49 Stat. 3097 Treaty Series 881, (Convention on Rights and Duties of States). December 26,1933 - enacted as a result of the bankruptcies, both national and international, by the "U.S. CONGRESS" - newly redefined to operate the "UNITED STATES, INC." - replaced all the "statutory law" (Federal code and State Statutes) with international law.  That is, the bankrupted United States, of America, Inc. continued in reorganization to function under Federal code, but the "UNITED STATES, INC." operated by the IMF operates under the Uniform Commercial Code and International Admiralty Jurisdiction; and

299)   The Naturalization Act of 1935.  More deceitful efforts to entrap American Nationals and claim that they were "U.S. citizens" subject to the whims of the "U.S. CONGRESS"; and

300)   Social Security Act, 1935.  Contrives under conditions of conceit and non-disclosure to register everyone applying for any job, public or private, and to conscript them under these conditions to act as unpaid "voluntary" Withholding Agents in behalf of the Puerto Rican Estate Trusts set up in their "NAMES"; and

301)   U.S. Congressional Record Proceeding and Debates of the 76th Congress, Monday August 19, 1940. Third Session, Debate of Honorable Judge Thorkelson, "Steps Toward British Union, A World State, and International Strife - Part 1"; and

302)   Alien Registration Act, 1940 - Mandated registration of the names of all living Americans to create estate trusts operating under their names in foreign maritime and admiralty jurisdictions; and

303)   Buck Act, 1940. "Enfranchised" the "ESTATES" of American Nationals., when they were never under their jurisdiction,  as "dual citizens" of the United States of America, and the United States of America (Minor) - and their respective franchises of the "UNITED STATES, INC." operated as "STATES of States" (see UCC 1-207 Definitions) allowed this "enfranchisement" to stand as an excuse for claims of ownership and controlling interest in the assets of the individual "ESTATE" trusts - including the living men and women as slaves, and their private property as chattels still presumed to be "surety" for the debts of the United States of America, Inc. owed for the governmental services performed by the "UNITED STATES, INC"; and

304)   The Clearfield Doctrine (1943) and U.S.C. Title 22;  When a government operates as a commercial corporation it descends to the level of all such corporations and has **no** special powers or attributes;  It is only when acting as a properly formed unincorporated Body Politic that a government exercises sovereign power of any kind;  Virtually all governments operating in the

world today are for-profit corporations under contract to provide governmental services;  The American "U.S. (Major) government" hasn't operated as a sovereign entity since 1865 due to non-disclosure of the facts, which is Fraud;  The U.S. (Minor) government operates only as a Corporation; and

305)    The Bretton Woods Accords, Inclusive, 1944, succeeded until 1971 in partial restoration of the Gold and Silver Standard, and as a secondary result, ceded control of all the agencies, assets, departments, logos, symbols, etc. to the "UNITED NATIONS" and its International Monetary Fund ("IMF") agency merely doing business as the "UNITED STATES, INC.", and the "STATE OF MISSOURI", and other "STATEs OF …." offices are in fact United Nations Corporate offices; and

306)    Hooven & Allison Co. v Evatt, 65 S.Ct. 870, 880, 321 U.S. 652, 89 L.Ed. 12, 52 (1945) conclusively affirmed that there are two (2) distinctly different United States, with two opposite forms of government; and

307)    United Nations Charter, 1946;  (Note: the commercial company dba "UNITED NATIONS" existed prior to the city-state being chartered as the "United Nations"); and

308)    The Administrative Procedures Act (1946):  Provides statutory admission that the "ESTATES" of Private American State Nationals are the priority creditors of the United States of America, Inc., and provides that Private American State Nationals deemed to be civil executors and "federal contracting officers" administering their own "ESTATES" are enabled to bring administrative claims against the United States of America, Inc. assets and also against the "UNITED STATES, INC." and this is where we got two court systems with differently styled names -- "The U.S. District Court" and "THE U.S. DISTRICT COURT" for example;  This was the remedy offered to the victims of the first Fraud for the second Fraud carried out against them by the "UNITED NATIONS" and the US. Bankruptcy Trustee, when they rolled the assets of the individual foreign situs trusts into Roman Inferior "ESTATE" trusts;  Like the first remedy, this second remedy was never delivered to the people;  The perpetrator banking cartels which were by now funding both the Courts and the "COURTS" simply ordered their employees not to recognize the identities and standing of the Private American State Nationals, conveniently laying claim to their "ESTATES" without providing remedy to them for the theft of controlling interest in their assets and misappropriation of their good faith and credit; and

309)    Public Law 80-772 (1948):  Page 826 in particular - always given only in the Codified version, never the actual Public Law, as this exposes the fact there are no Article III, Sect. 2 Courts in America, as they are all Article I Territorial Courts pursuant to "MILOSZEWSKI v. SEARS ROEBUCK", 346 F. Supp 119 (1972) (2);  Outside of Constitutional authority is 100% private authority, which equals no lawful authority;  18 U.S.C. 2381-85 Treason – Sedition:  " OPINION, FOX", Chief Judge (U.S. District Court of Michigan): "A mere statement of this fact may not seem very significant; corporations, after all, are not supposed to exercise the governmental powers with which the Bill of Rights was concerned;  But this has been radically changed by the emergence of the public - private state;  Today private institutions do exercise governmental power, more indeed, than "government" itself .....  We have two governments in America, then one under the Constitution and a much greater one not under the Constitution;  In short, the inapplicability of our Bill of Rights is one of the crucial facts in American life today.";  In fact, Private American State Nationals are owed the Bill of Rights as they always have been;  "U.S. citizens" are not owed the Bill of Rights;  The problem is that we have all been self-interestly misidentified as "U.S.

citizens" - a crime known as "personage" carried out against us by individuals and corporations in our employment and under contract to provide governmental services; and

310)   Foreign Sovereign Immunity Act, 1976:  This releases all "State" laws and statutes to international jurisdiction, specifically to the Uniform Commercial Code (maritime law):  The corporate franchises calling themselves "States" continue to publish their own copyrighted version of the Uniform Commercial Code with addendums and label it as "Statutes", but these have no actual enabling clause; and

311)   Senate Report 94-204, and Public Law 94-381:  This was enacted while we were all busy celebrating our Bi-Centennial, and permanently modified the Federal Courts to a mere Territorial Jurisdiction by renaming them from the Constitutional District Court of the United States, to U.S. District Courts;  This occurred in Alaska & Hawaii as well, where they were commanded via Title 28 of the U.S. Code (Judicial Code) in 1959, the year of their Admission, to rename their U.S. District Courts, to District Courts of the United States;  Then in 1976 they were renamed back along with all the others, to U.S. District Courts; and

312)   Title 22 U.S.C. Ch.11: All public officials are designated as Foreign Agents; and

313)   Title 22 C.F.R. 92, 12-92.31 "Foreign Relationship" requires an oath of office, and Title 8 U.S.C. 1481 states that once an oath of office is taken, citizenship is relinquished.  As a result, when American Nationals are arbitrarily defined as "U.S. citizens" and harassed by agents of the United States of America (Minor) and the "UNITED STATES, INC." into acting as "Withholding Agents", "Federal Contracting Agents", or members of the Armed Forces, or as Federal Employees of any stamp, they temporarily and for as long as they continue to act "in office" loose the protections and benefits of their birthright citizenship.  This "presumption of employment" is often used by the corporate administrative tribunals to defraud and abuse American Nationals who are owed all the protections of the Constitution for The united States of America and the United Nations Declaration of Human Rights and also good faith service under contract; and

314)   Title 28 U.S.C.§ 3002, Paragraph (15) (a) defines the "United States" as a federal corporation, and not a government. and Paragraph (15) (c) defines the various "STATES" as Instrumentalities of the "UNITED STATES"; and

315)   On August 24, 2015 Pope Francis (as owner) enters the "UNITED STATES, Inc." into Bankruptcy for liquidation in the World Court at the Hague, and on November 5th 2020 the World Court finalizes the bankruptcy while the national votes were still being counted and disputed, with the Italian government playing a role with all the vote switching activities, whereby now there is no office of President of the United States, nor any other office in the "UNITED STATES" to fill, with the Military very well aware of it; and

316)   Maxims of law including "Fraud vitiates everything ab initio"; and

317)   The American BAR Association Style Manual; and

318)   Black's Law Dictionary, Fourth & Fifth Editions; and

319)   Burton's Legal Thesaurus, Fifth Edition; and

320)    Court Registry Investment System Charter and Operations Manual; and

321)    Committee on Uniform Securities Identification Procedures Minutes and Publications;  and

322)    The Federal Prison Industry, Inc. Charter, dba UNICOR; and

323)    Universal Postal Treaty for the Americas, 2010; and


Further Declarant Sayeth Naught.


All Rights Reserved without Prejudice

By: _Kelvin Dewan Dudley_____ ©

Kelvin Dewan Dudley , Private American National & Member of the State Assembly


Exhibits and other officially Recorded paperwork are  attached:







# WARNING!
## LEGAL NOTICE

Attention all Corporate FEDERAL & STATE ACTORS, and anyone either who has made, is making, or will make a Claim against the subject of the enclosed Declaration of Status regarding "KELVIN DEWAN DUDLEY" - a LEGAL FICTION created by the UNITED STATES DEPARTMENT OF COMMERCE, in that a legal duty has been created and imposed upon you to compel you to either rebut the entire Declaration of Status of Kelvin Dewan Dudley, the Private American National, on your own firsthand knowledge and under the penalty of perjury, with sufficient evidence in support of your rebuttal, OR ELSE make your Claim directly against the actual Holder and Fiduciary Trustee of this LEGAL FICTION as addressed below;

*Francisco Peres Alicea, or Current Successor*
**(perhaps in the Mariana Islands, as they are trying to hide as the Vatican and Pope are liable!)**
Secretary of the Treasury
P.O. Box 9024140
San Juan, Puerto Rico 00902-4140

Under NO circumstances will a Claim be accepted on behalf of "KELVIN DEWAN DUDLEY", as being totally Fraudulent on its face, if one of these Conditions is not met. Your cooperation with this lawful request will avoid any charges being made against you under American common law for damages, otherwise you may be personally liable for damages to the above signed Declarant. Any submission without sufficient evidence in support of your rebuttal will be deemed null & void, as evidence in support of any rebuttal is considered mandatory to prove your point, otherwise your Claim will be dismissed for Failure to State a Claim Upon Which Relief May be Granted.

Further: Declarant only receives Service at the Mailing Location listed below written exactly as follows.

**Kelvin Dewan Dudley**
**Private American State National and**
**Member of the Missouri State Assembly**
**c/o 4343 Darby Street**
**on St. Louis, on Missouri**

This affidavit is prima facie evidence of the FRAUD being perpetuated against Private American Nationals by Corporate FEDERAL & STATE ACTORS and OFFICERS of the UNITED STATES Corporations and their several STATES – which are supposed to be our Employees, however, are caught operating in their Corporate capacity without a Contract, as well as the Banks and other Corporations and will operate against you in a court of law when Unrebutted. As a naturally born Private American State National and one of the posterity of We the People of The united States of America (1787), Declarant is a "non-resident alien" on the Republic of California and is Exempt from Levy in regard to the Corporate UNITED STATES and any of its STATE INSTRUMENTALITIES, and formal process can only be brought against him in his Private capacity by a Notarized Affidavit of Injury by an actual injured party, according to actual due process of law.

# E X H I B I T S :

- 928's Recorded # **361090 Bk 163** (pg 1-12)

- Notice of Intent Fee Schedules  **#361906 Bk** 165 (pg 570-577)

- Baby Deed Recorded  **#362638 Bk** 168 (pg 317-318)

- ILB Numbers: # **560-124-859474551**

- Private Property Code: # **6-QGM-8-2035**

- Blood Group**: O+ Positive**

- Private Security Number:  #**10816220889999630143**



